FILED 6 JAN '20 1134USDC-ORP

Ronald-Kenneth: Strasser AR WP
Non-Resident Alien
c/o 8800 Southeast 80 Avenue
non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

Not an Attorney
Not Pro Se
Not Representing Myself
Demand Fee Waiver

### In the United States District Court for the District of Oregon, Portland Division

Ronald-Kenneth:Strasser, sui-juris,

        Claimant,

    v.

STATE OF OREGON by and through Governor Kate Brown;
Kate Brown in her individual capacity;
SHELLEY HOFFMAN (STATE RISK MANAGER);
Eric Machado (Clackamas County Risk and Safety Manager);
CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity;
CLACKAMAS COUNTY UNDER SHERIFF;
Dave M. Ellington in his individual capacity;
CLACKAMAS COUNTY SHERIFF DEPUTY'S
Daniel Joseph O'Keefe and Greg Keppler and
Captain David O'Shaughnessy and Sergeant Corey R. Smith in their
private capacity;
and John and Jane Does 1 to 100, et al.,
in equal fault (Black's Law 5th, p. 711;
also see 42 CJS "indemnity" subsection 27

        Defendants.

) Case No. 3:19-cv-01051-SI
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

### Amended Complaint in the Nature of an Ex Parte Matter

**1. Excessive Force, Abuse of Power/Authority 2017 ORS 161.205, Use of Physical**

**Force: Assault and Battery & Beaten by Sheriff Deputies on the Courtroom Floor, with**

**Witnesses & on Camera, in pursuant there-to**

**2. 42 US CODE 1983: Violation of Civil Rights,**

3. 10 US CODE 855 ART 55/ Constitutional Violation of Eighth Amendment: Cruel & Unusual Punishment, in pursuant here-to

4. 25 CFR 11.404 False/Unlawful Arrest & Unlawful Incarceration, and 15 other Claimed Injuries in the 8 Page Notice of Tort Claim, Item# 022622019/TC/RKS, in pursuant here-to

5. 18 U.S.C. 241, 242 Conspiracy Against Rights, in pursuant here-to

6. 18 U.S.C. 1341 Frauds and Swindles, in pursuant here-to

7. 18 U.S.C. 2382 Misprision of treason, in pursuant here-to

8. 18 U.S.C. 2071 Concealment, removal, or mutilation, in pursuant here-to

9. 40 U.S.C. 255 Approval of title prior to Federal land purchases; payment of title expenses; application to Tennessee Valley Authority; Federal jurisdiction over acquisitions, in pursuant here-to

ADJUDICATION BY COURT-NO CONTROVERSY - CLAIM NOT SUBJECT TO ARBITRATION AS DEFENDANTS AGREED TO THE CLAIM & MONETARY DAMAGES BASED UPON DEFAULT, DISHONOR AND SILENT TACIT AGREEMENT

Claim: Adjusted to $93,000,000.00 or Ordered Settlement at $9,300,000.00

Fees: $2,500.00

1a. May I raise the issue of whether Michael Simon is properly in office?

2a. Clackamas County Sergeant Corey R. Smith has the courthouse detail.

3a. Sergeant Smith ordered the beating of Plaintiff.

4a. Captain David O'Shaughnessy is Sergeant Corey R. Smith's captain.

5a. Sergeant Corey R. Smith had to confirm his orders to the crew which beat me up.

6a. Joel Manley has stated, and I believe, that the orders for the beating of Plaintiff came from Craig Roberts through Captain David O'Shaughnessy and Sergeant Corey R. Smith.

Plaintiff alleges:

*And I Continue to Reserve All My Rights Without Prejudice*

## I.    INTRODUCTION   *I pursuant to*

1. Title 42 United States Code: Human Rights and Civil Rights go hand in hand. The Plaintiff has been denied his secured, unalienable and constitutional rights, he has endured physical abuse/assault, denial of due process(?), fraud by the court and was denied full disclosure from defendant/parties bonded and sworn to under specific oath of office to protect the Rights of the Plaintiff.

Plaintiff was always without the venue and having no contract with the State of Oregon and it's private for profit courts, of which such courts are 'administrative courts,' that do not recognize the U.S. Constitution and yet displays the 'Admiralty Gold Fringe Flag.'

The instant matter contains no controversy as all parties are in agreement to the Tort Claim(s) filed to/with State of Oregon Risk Management and Clackamas County Risk Management, asserting monetary damages of $850,000,000,00 (Eight Hundred Fifty Million Dollars) as referenced herein, and with supporting affidavits, documents, etc. The Defendants having failed investigate the claim, having refused to rebut Plaintiff's affidavits, and/or initiate settlement, and Defendants having a duty to respond, failed and/or refused to do so, therein agreeing with Plaintiff and Defendant's silence equates to agreement and defendants silence establishes a 'Nihil dicit judgment,' and Defendants are in agreement with the following facts:

1) The Plaintiff, many times, was summoned and/or brought into such Court under 'vi et armis,' under threat duress and coercion, into State of Oregon's CIRCUIT COURT FOR THE COUNTY OF CLACKAMAS Case #16CR07655;

*Errors and Omissions are consistent with intent, Reserve the right to change or ammend with newly dis-covered-evidences*

And I Continue to Reserve All My Rights Without Prejudice

2) Said CIRCUIT COURT FOR THE COUNTY OF CLACKAMAS was the 'beneficiary' for the said cause of action (commercial statutes/crimes) and whereas all officers of the State and Court(s) are Trustees.

3) Wherein this CIRCUIT COURT FOR THE COUNTY OF CLACKAMAS 'action' was commenced and the commercial charges were laid upon the name of the 'Debtor/Ens legis/Trust-Estate;' RONALD KENNETH STRASSER, an entity, wherein the State of Oregon had 'charged' 'it' by and through the D.A.'s office, for commercial business, for the Circuit Court to obtain unjust enrichment via undisclosed 'commercial charges,' fines, bonds or otherwise for the benefit of the Court, State of Oregon and otherwise.

4) Wherein the 'Administrative officer' aka; judge asked, the natural man within the courtroom; ronald kenneth strasser; are you 'Mr. STRASSER?' ('this entity'), the administrative officer (judge) in reading the charging instrument wherein the name: RONALD KENNETH STRASSER, as written is designated as a corporation pursuant to Title 15 USC and not addressed to the natural man present, this is NON FULL DISCLOSURE to trick the Plaintiff, to unknowingly make 'joinder' with the entity as to volunteer and to be the liable, culpable and responsible party. The Plaintiff stated, "No! I am not Mr. STRASSER" (meaning the corporate entity named on said presentment).

5) At which point, it is presumed that the administrative officer (judge) gave a signal to security (Sheriff deputies) of which then Sheriff deputy O'keefe came to Plaintiff and grabbing Plaintiff's arm, twisting it and forced him to the floor, started to beat upon Plaintiff when four (4) or more other deputies came to where Plaintiff was on the floor and joined in, in assaulting and aided in beating Plaintiff,

3

And I Continue to Reserve All My Rights Without Prejudice

while on the floor, inflicting great pain, etc., (as detailed in Plaintiff's affidavit #

10192018-5/AFF/RKS) in front of witnesses and on camera. Note; that no crime

had been committed and no statutory violation had occurred.

6) Said assault and beating upon Plaintiff was reported in 'The Oregonian--

OregonLive Newspaper article dated April 18, 2018 by Noelle Crombie, where in

reported; "...(Officer) O'keefe asked his supervisor, Sgt. Corey Smith, to be

assigned to a courtroom where Strasser's case would be heard so he could assault

him..." (Attached hereto).

7) Affidavit of Julian Tavera, Item # 08262018-1/AFF/JT/RKS witnesses the

assault and battery upon Plaintiff. (Attached hereto).

8) In a co-related Federal US District Court – Portland Division, Case **No. 3:18-cv-2060** Complaint, Plaintiff, was a Clackamas County Sheriff Officer, and stated

on page 4, paragraph 15.; "Plaintiff overheard Deputy O/Keefe (hereinafter,

"Okeefe") ask(ed) Smith to be assigned to the courtroom where Ronald Strasser

would next appear so that O'Keefe could "beat the shit out of him." ...and a

similar statement was made on page 9, under Count 3, sub-paragraph F. ...and on

page 13, paragraph number 65, it states; "Plaintiff witnessed the conspiracy to

battery and thereafter the violent assault on a crippled-RKS ~~disabled citizen~~, Ronald Kenneth-RKS ~~Strasser~~."

Eighth Article of Amendment to the 'Bill of Rights', pertaining to 'cruel and

unusual punishment' may apply herein.

# II. JURISDICTION AND VENUE

2. This is an action for violations of the United States ~~Constitution~~ code statues, agency rules RKS brought under 42

in pursuance-with RKS

U.S.C. § 1983. This court has original jurisdiction over Plaintiff's federal claims in pursuance-with RKS under 28 U.S.C.

4

And I Continue to Reserve All My Rights Without Prejudice

§§ 1331 AND 1334(3) AND (4). This court also has supplemental jurisdiction over Plaintiff's

state claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in Oregon's federal court in this division, pursuant to 28 U.S.C. §

1391(b), because the events giving rise to Plaintiff's claims arose within this district.

4. Plaintiff timely provided and filed Defendant State of Oregon, to the Governor's

Office, and to State of Oregon Risk management, and to Clackamas County Risk Management

with a written tort claim notice9s) pursuant to ORS 30.275, see below.


**III. THE PARTIES**

5. At all times herein, Plaintiff was and is a̶ sentient-b̶e̶i̶n̶g̶ man-on-the-land

a̶ b̶l̶o̶o̶d̶-l̶i̶n̶e̶-d̶e̶s̶c̶e̶n̶d̶a̶n̶t̶ f̶r̶o̶m̶-t̶h̶e̶- M̶o̶t̶h̶e̶r̶-l̶a̶n̶d̶, a Christian-man living in Oregon s̶t̶a̶t̶e̶ dejure, striving to be t̶r̶u̶e̶ in peace,

having physical impairments and PTSD at the time of the actual events as witnessed and

captured on camera.

6. At all times herein, CLACKAMAS COUNTY CIRCUIT COURT is a corporation and

a sub-corporation of the parent corporation; State of Oregon/STATE OF OREGON and are both

artificial corporate entities and all of its officers and/or employees are acting and employed

within and by such entities, in their private and public capacity, and are under 'oath of office'

and bond(s) …are not to harm or injure, to whom they serve as Trustees, and they, the people

(Plaintiff), in the exercise of their/his Rights, are above the so-called government(s), having all

power; Oregon Constitution, Article I, Section 1, and in regards to HALE v HENKLE, 201 U.S.

43 @ pg. 74 (1905). Also note;

> "No action can be taken against a sovereign in the non-constitutional courts of either the
>
> United States or the state courts and any such action is considered the crime of Barratry.
>
> Barratry is an offense at common law." – State vs. Batson, 17 S.E. 2d 511, 512, 513.

*And I Continue to Reserve All My Rights Without Prejudice*

"The county court is no longer a constitutional court: Fehl v. Jackson County, in re Will of Pittock, 102 Or. 159, 199 P., 2020 P. 216, 17 A.L.R. 218. (...as applied to Clackamas County Circuit Court)

"... an officer may be held liable in damages to any person injured in consequences of a breach of any of the duties connected with his office... The liability for nonfeasance, misfeasance and for malfeasance in office in his "individual," not his official capacity..." – 70 Am jure 2nd Sec. 50, VII Civil liability. (As applied to all defendants)

7. At all times all Defendant(s) were employed by their respective State, State office(s) or County and/or County office(s) and at times did not act within the scope and course of their employment, as Trustees, under color of law, in violation of their oath of office, or of their position and duties to the people/Plaintiff.

8. The Tort Claim(s) as sent/filed to State of Oregon Risk Management, and to Clackamas County Risk Management that detailed the acts ~~complained~~ of, *duly noted as* supported by affidavits, and otherwise as stated herein and as attached to said tort claims and listed the tort feasor's (the defendants herein) and with monetary damages asserted/claimed.

## IV. FACTUAL ALLEGALTIONS

9. Plaintiff caused to be delivered *duly* notice of Tort Claim to; Risk Management Enterprise Goods & Services – Atten; Michael Baker, Item # 08052018-1/TC/RKS by Registered Mail # RB182 990 372 US, signed for by Ryan Chamberlon (sp) on or about September 28, 2018, with follow up letter assigning Claim Number L163705.

10. With a Second *duly* Notice of Tort Claim to Clackamas County Risk Management/Kim Ybarra, Item # 02262019/TC/RKS, by Registered Mail # RB 182 990 925 US, signed and

And I Continue to Reserve All My Rights Without Prejudice

received 3-6-19, and follow up Notice of Tort Claim mailed certified mail # 7018 0680 000 5258

5645, received and signed for by J. Gibson on 5-28-19.

11.  With a Notice of Tort Claim to Risk Management Enterprise Goods & Services –

Atten; Michael Baker via registered mail # RF 134 473 475 US, received on or about January 3,

2019.

12. With follow-up letter to State of Oregon Governor, as a courtesy, to appraise her of

the tort claim for hopeful speedy settlement, certified mail # 7018 0680 0000 5258 5447.

13. In this mater, all defendants received all notices of tort claims, etc., and Risk

management issued claim number L163705, seeking monetary damages at $850, 000,000.00

(Eight Hundred Fifty Million Dollars), but Defendants then fell silent, refused to communicate,

failed and refused to return tort claim within the three (3) rule, and refused to initiate settlement.

14.  Silence equates to agreement and defendants silence establishes a 'Nihil dicit

judgment,' and under necessity, this matter is properly before this Court because it is a court of

general jurisdiction and all of the claims in the complaint arise under Oregon State Law, the

Oregon Constitution, federal statute code &&, the United States Constitution contract and/or common law, and

because all events described herein occurred in Clackamas County, Oregon inside a Clackamas

County Court Tribunal room with witnesses and on camera.


## V. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### COUNT 1
### Against STATE OF OREGON

15. Plaintiff adopts paragraphs 1 through 14 by reference.

16. Plaintiff, in good faith reported the criminal conduct, assault and violations to the

appropriate State and County offices by and through said tort claim(s) seeking settlement via

defendants Risk Management Office(s) with their obligation to settle Plaintiff's claim, than being

subject to the total amount claimed therein and herein, to avoid court, and to save time for all

concerned …including but not limited to this Court now at this time.

17. That, in light of defendant's assigning a claim number to Plaintiff's tort claim and

defendant's dishonored and defaulted position based upon their failure and refusal to

communicate, respond, etc., defendant's  are without right to come into the Court to defend their

default and dishonor, and being in agreement to all unrebutted affidavits that stand in the record

of this matter as fact, and via 'Rectum rogare:'

18. Plaintiff ~~prays to~~ *RK seeks* this Court for an Order ordering defendant State of Oregon by and

through its Risk Management and/or insurer, if any, and/or by and through said defendant(s) in

their private capacity(ies) to pay the sum certain amount as agreed for the for the ~~55 days~~ *RK rights-plus* of

unlawful incarceration damages ~~ONLY~~ *as well as so-called-court-appearances + dc*, at $93,000,000.00, pursuant to; TREZEVANT V. CITY

OF TAMPA, 741 F.2nd 336 (1984) to apply to and cover said assault and beating on  the court

room floor and other ~~violations~~ *crimes Rks*, injures, or otherwise, … ~~So~~ Plaintiff ~~prays~~ *RK seeks* for the Courts order

to defendant(s) to pay an 'ordered' stipulated settlement at 10% …therein being $9,3000,000.00

(Nine Million Three Hundred Dollars) USD to Plaintiff.

*And I Convey to Reserve All My Rights Without Prejudice*

Respectfully submitted this _____ day of _____ Ju/y _____ 2019.

*errors and omissions are consistent
with intent reserve the right to change
or amend newly- unreviewed- evidences*

By: /s/ Ronald-Kenneth:Strasser
non-resident-alien
R.R. Ronald-Kenneth:Strasser, sui-juris
% 17200 southeast stark street
non-domestic
Portland,
Oregon, *multnomah. county*
zip exempt

**Exhibits**:
The Oregonian--OregonLive Newspaper Article on April 18, 2018 by Noelle Crombie.

And I Continue to Reserve All My Rights Without Prejudice

## CERTIFICATE OF SERVICE

I hereby certify that on the date last set forth below, I served the foregoing document,

1 copy Affidavit for Julian OP262018 2)
1 B copy of Notice of Tort claim 10192018-2
1 3 copy Second Notice Tort claim 02262019
1 3. copy follow-up letter to State of oregon Governor
1 3 Proof of Service & Certificate of Service
1 Complaint in the Nature of an Ex-parte
Certified Proof of Service. Service was by hand-Risen
Application filing Pauperis — To Risk Manage- Kate Brown - DAS director
    1 document list

in a sealed first class postage envelop by united States Postal Service mailed from
Oregon, on the date set forth below.

DATED: 3 July, 2019

And I Continue to Reserve All My Rights Without Prejudice

by: ronald-kenneth: sTrasser I.D.C

'Certified'

# **Proof of Service**

I, Robert Kelly, the Authorized Representative of ronald kenneth strasser, herein certify by my autograph below, that I served the following document(s):

Response letter to D.A.S./ RISK MANAGEMENT's unsigned letter(s) in regards to ronald kenneth strasser's Tort Claim number L163705 in regards to status of same and to their letter to Robert Kelly via DAS determination of no legal standing / Item # 11202018-2/RM/RKS.

The same sent To:

Risk Management
Enterprise Goods & Services
Dept. of Administrative Services
1225 Ferry Street SE U150
Salem OR  97301-7337

By U.S.P.S. 'Certified' Mail # 7017 2400 0001 1523 7963 on November 21, 2018

...and 'CC'd to:

| | | |
|---|---|---|
| Office of the Chief Operating Officer -Katy Coba / DAS Director Executive Building 155 Cottage Street NE Salem, OR 97301 | Risk Management Enterprise Goods & Services Atten; Michael Baker PO Box 12009 Salem OR  97309 | Kate Brown – Governor Office of the Governor 900 Court Street NE, Suite 254 Salem, OR 97301-4047 |

By U.S.P.S. 'First Class Mail' mailed on November 21, 2018

I, _Robert Kelly_____, declare under the penalties of perjury of the laws of the United States of America that the foregoing is true, correct, complete and certain and that I/m not a party to this matter.

_Robert Kelly_____
signature of server

Witnesses:

_Cynthia M Brewer_
CYNTHIA M BREWER
Printed name

Date _Nov. 21, 2018_

_Robert J. short_
Robert J. short
Printed name

Date _NOV. 21st 2018_

**Robert Kelly**
Authorized Representative
For: Ronald Kenneth Strasser
C/O PO Box 3096
Central Point, Oregon
Private / Non-Domestic [ 97502 ]



Certified Mail Number; 7017 2400 0001 1523 7963

Risk Management
Enterprise Goods & Services
Dept. of Administrative Services
1225 Ferry Street SE U150
Salem OR 97301-7337
...et al & and all verisimilitudes

November 21, 2018

**RE:** Response to letter from D.A.S./OREGON RISK MANAGEMENT – Enterprise Services; in regards to Ronald Kenneth Strasser's Tort claim / Claim Number L163705 / Claim Amount; $850, 000,000.00 (Eight Hundred Fifty Million) and response to NO LEGAL STANDING as to Robert Kelly as Authorized Representative for Ronald Kenneth Strasser / ronald kenneth strasser.

Notice to Principal is notice to agent – notice to agent is notice to principal

Dear Katy Coba (C.O.O.), Shelly Hoffman (Manager) & Michael Baker (Claim Adjuster), et al:

   In regards to your unidentified/unsigned letter dated November 5, 2018 as sent to RONALD KENNETH STRASSER, the Ens legis/Trust/Estate, in and for the private man; ronald kenneth strasser, please be advised of the following:

   1) The mention of State of Oregon, Yamhill County, Multnomah County, Clackamas County, Yamhill County Sheriff's Office, Portland City Police, was to give notice of the unlawful actions engaged upon ronald kenneth strasser otherwise known as Rape-Pillaged and Plunder by Oregon's 'color of law' corporate legal system over many years. In no manner was those other Counties named in the current tort matter.

   2) Per your comment to "a claim against the State of Oregon," and reference to ORS 30.275, please note that your statute(s) state; "(4) "Public body" means; (a) The State and any department, agency, board or commission and any instrumentality thereof. Note; ... Instrumentality rule. "...where a corporation (subsidiary is so organized and controlled and its affairs so conducted as to make it only an adjunct and instrumentality of another corporation (parent corporation), and parent corporation will be responsible for the obligations of its subsidiary. (Black's Law Dict., 6th edition, page 801). State of Oregon DUN'S Number; 932534998.

   3) (5) "State" means the state or any branch, department, agency, board or commission of the state.
   Are not the 'Counties' a branch of the State? Are not the Counties an 'agency' of the State? Do not the Counties pay over collected taxes to the State of Oregon? ...and if so, is not Clackamas County then an 'agency' of the State of Oregon ...'of' implying (defined as) 'belonging to.'

---

4) The information as presented in the Tort claim(s) [there were at least three], one most recent one to be concerned with was sent USPS Registered Mail, Number RE 250 137 381 US, Dated 10-19-2018, and the specific information as you mentioned was, in accordance. To ORS 30.275, in that the Tort Claim Notice did describe the date, time, place, circumstances of the incident and the named tort feasors. Please note the rule is; 'substance over form!'

Please note that a final Affidavit was sent to your DAS Office by Registered Mail, Number; RE 041 618 393 US, Dated Oct 20, 2018, having the ID Item number; 10192018-5/AFF/RKS.

Please be advised that as of the date of your office receiving this communique, the Affidavit as referenced above, has not been rebutted and is to be construed as 'fact in the record of this matter.'

As to your comment in your letter to ronald kenneth strasser in regards to myself as his 'Authorized Representative' as well as your 'unsigned' letter to me dated November 5, 2018 on the same issue, please note:

1) ronald kenneth strasser 'appointed' me as his authorized representative, in the nature of one having P.O.A, to assist him in his tort claim issue. in that we are working on this together .
2) ronald kenneth strasser exercised his right to do so pursuant to Article 1, Section 1 of the Oregon Constitution (your compact/contract) i.e.; "...the people have all power..." and he, being one of the people exercised that power in his Sovereign capacity, within his right to contract. [is it your admission and confession that you and your office (DAS) is denying and/or impairing ronald kenneth strasser's right to contract and appoint whomever he sees fit to assist him in his tort matter?

Also note; due to the current commercial 'Public Policy' brought on by the U.S. Bankruptcy (1933) wherein U.S., Inc., the States and Counties are insolvent; the UCC, as 'Federal Common Law" states that One has a "...Right to a remedy without the use of a tribunal..." UCC 1-201(34) ...as applied herein to ronald kenneth strasser tort matter.

Both STATE OF OREGON and D.A.S./RISK MANAGEMENT are 'Trustees' and as trustees, you are well aware that you are not to injure the beneficiary; ronald kenneth strasser and stultifying his Tort claim, as the/a Beneficiary would be construed as an injury.

We presume you well understand the severity of ronald kenneth strasser's claim of being assaulted and beaten on the courtroom floor with witnesses, on camera, having PTSD and certified as being crippled, all the while with having not violated a law nor injuring another man in the courtroom.

Ronald Kenneth Strasser / ronald kenneth strasser reserves all his rights at all times and waives no rights at ant time.

I/We thank you in advance for your time in this matter and I remain,

Sincerely,

All Rights Reserved /

Robert Kelly, Authorized Representative
For Ronald Kenneth Strasser / ronald kenneth strasser, the sentient living sovereign man upon the land.

---

CC:

Office of the Chief Operating Officer
Katy Coba / DAS Director
Executive Building
155 Cottage Street NE
Salem, OR 97301

Risk Management
Enterprise Goods & Services
Atten; Michael Baker
PO Box 12009
Salem OR  97309

Kate Brown - Governor
Office of the Governor
900 Court Street NE, Suite 254
Salem, OR 97301-4047

Errors and omissions consistent with intent.

# AFFIDAVIT
## of Julian Tavera

### In regards to Witnessing the Beating of ronald kenneth strasser
### in in the Clackamas County courtroom

"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981);
Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

NOTICE TO AGENT IS NOTICE TO PRINCIPAL - NOTICE TO PRINCIPAL IS NOTICE TO AGENT

The undersigned, Julian Tavera, herein Affiant, a living breathing man, being first duly sworn, depose, say, declares and states that he is of legal age and is competent to testify to on belief and personal knowledge that the facts set forth herein as duly noted below are true, correct, complete and presented in good faith and to the best of my knowledge and belief and not meant to mislead.

Affiant does hereby state, state the following:

1. THAT, on July 6, 2017 I was at the Clackamas County Courthouse, in the court room where Ronald Kenneth strasser was present for a hearing.

2. THAT, at about 10:10  I heard the D.A. call Ronald's name and pointed at him and said "there he is; Ron strasser."

3. THAT, then I heard Judge Jones call for 'Mr.' Ronald Strasser, at which Ronald Strasser relied; "I am here in regards to this matter, my name is not Mr. Ronald Strasser."

4. THAT, I saw the Deputy go over to Ronald Strasser pull his hair, grab and twist his arm, assaulted him, throwing Ronald to the floor and twisting his arm and leg causing extreme pain that Ronald was screaming out in pain and heard Ronald scream; "please you're going to break my leg and arm."

5. That, I ten saw two other Deputies come and go to where Ronald was on the floor being assaulted and the Deputies joined in the assault on Ronald in grabbing, pulling, hitting Ronald which appeared to be all over his body.

6. That, then the Deputies picked Ronald up off the floor and carried him out of the court room.

7. That, Ronald Kenneth Strasser is always was present at his court hearings.

Further Affiant Sayth Not.

Done this **17** day of **sept**_____, 2018 A.D.

_Julian Tavera_
Julian Tavera - Affiant

**Oregon**_____ STATE )
                    ) Scilicet
County of **Wash**_____ )

## ACKNOWLEDGEMENT

SUBCRIBED TO AND SWORN before me this **17** day of **Sept**_____, A.D. 2018, a Notary, that <u>Julian Tavera</u>, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same and executed the foregoing under penalty of perjury, as God is my witness.

_Wenonah James Blanchette_____ Seal;
Notary Public in and for said State
My Commission expires; **3/15/2020**

OFFICIAL STAMP
WENONAH JAMES BLANCHETTE
NOTARY PUBLIC - OREGON
COMMISSION NO. 947817
MY COMMISSION EXPIRES MARCH 15, 2020

---

**Notice**; 1) A matter must be expressed to be resolved.  2) In Commerce Truth is Sovereign.  3) Truth is expressed in the form of an Affidavit.  4) An un-rebutted Affidavit (each enumerated point stands as True/Truth in Commerce. 5) Rebuttal affidavit must be signed under "penalty of Perjury," 6) An un-rebutted affidavit becomes the judgment in commerce, a 'Nil dicit Judgment.' 5) The Party(ies) silence in refusing or failing to rebut equates to their silence, and silence equates to agreement (confessed judgment) to the facts herein.

FOR REFERENCE ONLY:

Non Rebutted Affidavits are "Prima Facie Evidence in the Case , — "United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981),

An affidavit uncontested unrebutted unanswered —Morris vs. NCR, 44 SW2d 433 Morris v National Cash Register, 44 SW2d 433: "An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law,"

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." — U.S. v. Tweel, 550 F.2d 297, 299. (5th Cir. 1977) See also U.S. v. Prudden, 424 F.2d 1021, 1032, 1033 (5th Cir. 1977); Carmine v. Bowen, 64 A. 932 (1906).

---

# Proof of Service

I, <u>Ronald Kennth Strasser,</u> a private man, under necessity, served the following document(s):

1) *duly notice of tort claim  8 pgs*
2) *Affidavit for Ronald-Kennth: Strasser  11 pgs*
3) *Points & Authorities  18 pgs*
4) _____
5) _____
6) _____
7) _____
8) _____
9) _____

**To:** *Shelly Hoffman*

Risk Management
Enterprise Goods & Services
Shelly Hoffman, Manager/Supervisor/Claims
1225 Ferry Street SE U150
Salem, Oregon    by 97301

☐ By U.S.P.S. First Class Mail on _____ _____, 2018
☐ By U.S.P.S. Certified Mail # *RF 134 373 475 US* ___ on
*Also Registered* *3rd December* _____, 2018
☐ Personal Service to/at; *Shelly Hoffman, Enterprise Good & Services*
*1225 Ferry Street SE U150*
*Salem, Oregon  by 97301*

I, <u>Ronald Kennth Strasser,</u> declare under the penalties of perjury of the laws of the De-jure united States of America that the foregoing is true, correct, complete and certain and executed without the UNITED STATES on this *3rd* day of
*December* _____, 2018.

**All Rights Reserved**

And I Continue to Reserve All My Rights Without Prejudice

*by: ronald-Kennth: strasser sui juris*
~~signature~~ of server *autograph*

## CERTIFICATE OF SERVICE

I hereby certify that on the date last set forth below, I served the foregoing document;

duly notice of tort, claim - 8 pgs
Points & Authorities In support for notice of tort 18 pgs
Affidavit for Ronald-Kenneth:strasser 11 pgs
    RF 134 473 475 US

in a sealed first class postage envelop by united States Postal Service mailed from Portland
Oregon, on the date set forth below.

DATED: 20 Dec, 2018.
      ember

by: ronald-Kenneth:Strasser sui juris
by:

And Continue to Reserve All My Rights Without Prejudice

Page 5.



Robert Kelly
Authorized Representative
c/o POB 3096
non-domestic
Central Point, Oregon near [97502]
For Ronald Kenneth Strasser
non-resident-alien
c/o 8800 southeast 80ᵗʰ avenue
non-domestic
Portland, Oregon    zip-exempt

Registered Mail Number: RE 250 137 381 US

RF 134 473 475 US

# duly notice of tort claim

Fiat Justitia, Ruat Coelum; "Let right be done, though the Heavens should fall."

Risk Management
Enterprise Goods & Services
Atten; Michael Baker
PO Box 12009
Salem OR  97309
For State of Oregon and all verisilimitudes...

| Applicable to Universal Jurisdictions - A SECURITY (15 USC) - |
| --- |
| COMMERCIAL AFFIDAVIT - U.S. S.E.C. TRACER FLAG - NOT A POINT OF LAW – TRACER Flag No. 08052018-1/RKS |

October 19, 2018

**RE: duly verified notice** of tort, a private or civil wrong for injury, action for bad faith breach of contract, claim against STATE OF OREGON and certain other officers and officials in their Public agency and private capacity of/with Clackamas County, as tort feasors with said tort claim made by  ronald-kenneth:strasser, a private sentient siriene man, IN RE; STRASSER RONALD KENNETH (Ens legis/TRUST-ESTATE) - CASE NUMBERS; 15AD01964, 17CR44609, 16CR51766, 16CR07655, and any other State of Oregon cases under necessity, Claim # L163705.

Notice to Principle is notice to agent and Notice to agent is notice to Principal
Equality in the law is Primary and mandatory by law.
Pursuant to 8 federal Register, pg. 12266 SS 404.104(g )C11.3

Dear Michael/ Risk Management:

This is timely notice of tort action, for claim of RONALD KENNETH STRASSER – Trust/Estate – by the private sentient man/beneficiary; Ronald Kenneth Strasser (ronald-kenneth:strasser), real party in/of interest pursuant to (FRCP 17) (injured party), the corpus delicti, for the blatant and violent and injurious act(s) or otherwise from premeditated as listed below, caused and committed by the following tort feasors, in their public and individual/private capacities:

Governor of the State of Oregon Kate Brown,
CLACKAMAS COUNTY OFFICIALS (County Commissioners),
CLACKAMAS COUNTY CIRCUIT COURT OFFICERS, JUDGES; Robert D. Herndan, Jeffery S Jones and Thomas J. Rastetter,

Debbei Spradley – Trial Court Administrator and associates and all Clerks of Court,
CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote,
Assistant D.A. Christopher K. Haywood, OSB #163984 and assigns,
CLACKAMAS COUNTY SHERIFF, Craig Roberts, including but not limited to its Department of Correction/Jail/Personal,
CLACKAMAS COUNTY UNDER SHERIFF, Dave M. Ellington,
CLACKAMAS COUNTY SHERIFF DEPUTY'S; Daniel Joseph O'Keefe and Greg Keppler in his Public and Private capacity and all other deputy's, directly and indirectly involved, and Administrator Donald Krapp, Chief Executive Officer, Deputy Laurel Butman, and Commissioner Ken Hamberston, "in equal fault" (Black's Law Dict., 5th Ed, pg 711, also see 42 CJS indemnity Sub Section 27.
...and John and Jane Does 1 to 100, et.al,

**The premeditated and violent injurious acts are as listed below:**

1) Violation of First Amendment,
2) Constitutional impermissible application of statute(s),
3) Deprivation of (secured) Rights (Right to Life, Liberty and pursuit of Happiness), and of unalienable Rights, under color of law, collusion and conspiracy against rights (1st Amendment, 4th Amendment, 5th Amendment, and 6th thru the 13th etc.),
4) Conspiracy against Rights, pursuant to title 18 ss241ss242, Title 42 ss1983,1984,1985,1986
5) Wanton infliction to administer physical pain with injury
6) Excessive use of force/ police brutality, negligence, misfeasance, willfully intent, defamation, done with purpose, malice of fore-thought,
7) Bodily attack, assault and police abuse (beating in court, with witnesses, on camera) injury to the corpus delicti,
8) Intentional infliction of emotional distress and mental anguish - 28 USC Sec.1331& 1343 (a),
9) Police negligence, done with purpose of malice of forethought,
10) Unlawful arrest and unlawful incarceration (over 170 days),
11) Kidnapping,
12) Lack of personum jurisdiction,
13) Lack of subject matter jurisdiction,
14) Actual fraud, constructive fraud, fraud in factum,
15) Obstruction of Justice,
16) Defamation of character; including but not limited to Liable and slander,
17) Exceeding scope of jurisdiction and statutory authority by changing custody status,
18) Undisclosed imposition of Martial law within Clackamas County Circuit 'Admiralty' Court,
19) Failure of prosecutor, for the State, to produce the Maritime contract, or any validated verified complaint from and injured party or that of damaged property.
20) Violation of 'Oaths of Office,' of the respective 'officers' (of the contract – not to violate the rights of ronald-kenneth, – see in relation #2 above).
21) Violation of the equal protection of the laws – see Note # 2 below.
22) Violation of Article 1, Section X by Court Officers in respect to their 'oath of office.'
23) Trust fraud – by the above public officers, etc., within their public office, in their private capacity, under oath of office, in relation to the national Emergency/U.S. Bankruptcy (1933), with the transition to 'public policy,' said public officers are 'Trustees,' and as such, aside from their respective 'oath of office,' as trustees they are not to injure the beneficiaries; i.e.; ronald-kenneth:strasser, dejure...but did so with impunity, by non-disclosure and fraud (see attached Affidavit in support of tort claim).
24) Violation of U.S. Constitution – Article I Section X – within operation of so-called Courts (administrative court(s)) in violation to 'all' oaths of office(s).
25) securitization of the action/commercial charges equated into bond(s) per the

judgment of the administrative officer/judge per 'joinder' of ronald-kenneth, by trickery to be the

liable party.

26) Committing the act of "peonage" 'personage' and "barratry," …the crime of knowingly bringing false

claims into court against the ESTATE; (RONALD KENNETH STRASSER) of a "dead thing;"not I, ronald-kenneth:strasser a flesh and blood sentient (tangible) man who was standing

right in front of the judge in the instant matter, being falsely named as "DEFENDANT" as the 'NAME' on the commercial charging instrument/complaint is the/a CORPORATE ENTITY, an ens legis; "A creature of the law; an artificial entity, as contrasted with a natural man, applied to corporations, considered as deriving their existence entirely from the law. Black's Law Dict., 6th Ed., page 530.

27) Stultification of claimant's 'right of action,' by County officers (DA Assistant)acting,stating that "They, found no wrong doing by the Deputy (Daniel Joseph O'Keefe)" in respect to the assault and beating.

That on or about 6 July 2017, sometime after 9:00 A.M., at/in CLACKAMAS COUNTY CIRCUIT COURT building/Clackamas County Court building (re; Case No. 16CR51766) within the court room displaying the Admiralty flag of martial jurisdiction in an 'administrative hearing/session, administrating the bankruptcy, 'national Emergency; though not disclosed to the natural sentient man; ronald-kenneth:strasser, with the alleged charge(s) laid/charged against the ens legis Trust entity; RONALD KENNETH STRASSER,)STRASSER RONALD KENNETH within the County of Clackamas, Inc., State of Oregon, Inc., claimant; ronald-kenneth:strasser was yet seated outside the Bar in court room 1#, in the second row, first seat when the deputy district Attorney Sara A. Brooks, OSB #133105,had said case NO.16CR51766, STATE OF OREGON vs. RONALD STRASSER and the Circuit Court Judge Jeffery S. Jones did state to ronald "are you MR STRASSER?"

- ronald at that time said "no I am, not, but I am, here in regards to that matter, and Judge Jeffery S Jones then did state "well ok, then it will be a $25,000.00 'resisting arrest"; and then ronald, did stand up, to say excuse me, what did you say, "pardon me, pardon me sir?" …and again 'administrator, Judge Jeffery S Jones did say "that will be a $25,000.00 warrant," and then at that time, Clackamas County deputy sheriff Daniel Joseph O'Keefe / DANIEL JOSEPH O'KEEFE went over towards ronald and pointed his arm and hand at ronald who was yet or still outside the bar and did say to ronald three times; that, you are MR. STRASSER; you know you are MR STRASSER; you are sitting right their MR STRASSER. Note; that, the 'administrator, Judge Jeffery S Jones / JEFFERY S JONES did not at any time cause to be delivered to ronald by the bailiff the Warrant for ronald to accept for value and return it to the bailiff for settlement and closure of the commercial charges laid against the ens legis Trust entity; STRASSER RONALD KENNETH.

Then, without probable just cause, deputy sheriff Daniel Joseph O'Keefe, DANIEL JOSEPH O'KEEFE did walk over to ronald, grabbed his hair and twisted ronld's arm behind ronald's back and then slammed ronld, down forcibly onto the floor; and then, commenced to and did beat ronald senseless and un-conscience committing assault and battery and deputy Daniel Joseph O'Keefe, DANIEL JOSEPH O'KEEFE, forced his knee into the right side of ronald, [ According to The Oregonian Newspaper article by Noelle Crombie, entitled; Deputy's alleged beating of defendant in court prompts investigation,  it was reported that (O'Keeffe) "the deputy said he then delivered "10-12 knee strikes" to Strasser's side and back." Also reported; 'Joe' Manley said Stasser's encounter with O'Keeffe after

O'Keeffe asked his supervisor, Sgt. Corey Smith, to be assigned to the courtroom where Strasser's case would be heard so he could assault him. STRASSER is known to deputies at the court building, Manley said. At the time, Manley said he was in the sheriff's court office watching monitors of surveillance footage when Strasser appeared on one of the screens. "I just want a reason to beat the crap out of him," Manley recalled O'Keeffe saying that day. "He's going to give it to me." Manley recalled that Smith said OK. Manley said O'Keeffe bragged about the altercation later that day. ] smashing his rib's, his head with his elbows and forearm, as a weapon, pulling ronald's hair from his head and beard, while Deputy Daniel J O'Keefe, DANIEL J O'KEEFE was screaming "give me your right hand or I will Taze you, ronald, replied I can't you have my hands I cannot move them, and at that time, six (6)other Clackamas County Deputies did come into the courtroom and went to ronald, he was not moving, completely subdued on the floor when the five (5) of them again began to apply tortuous, physical locks and pressure holds on ronald's legs with such force in an attempt to break the right leg of ronald and his left arm and wrist, when ronald screamed out (Tortis viribus) as loud as he could yell, to the so-called peace officer's deputies due to unrelenting pain and force; "please you're going to break my leg and then the same was done to his left arm and I ronald, screamed (Tortis viribus) out loud again my left wrist and arm "you're going to break-it." Then, the other deputies continued the assault and battery on ronald, jerking and injuring his, arms, wrist, legs, head,throat, ribs and all over his body.

That daniel joseph O'keefe, did, after assaulting me and upon being forced into the dungeon-cage, in the basement of the court building, did stand outside the cage taunting at me, laughing at me and mocking my so-called beliefs, in the Constitution, which he stated hows it working for you now? i did not respond and i did request the camera footage from those moments to, none was provided.

That, ronald, at no time ever attempted, to protect himself, as he was mercilessly beaten into unconsciousness by deputy Daniel Joseph O'Keefe, DANIEL JOSEPH O'KEEFE and the other deputy's, Greg Kepplar/law enforcement officers, deputy Daniel J O'Keefe says that 'Mr. STRASSER' your under arrest. Note; no crime was committed by ronald (no injured party and/or no damaged property) (See; the Strasser court video combined with audio 2mpg in the record of the court, incorporated herein and made a part hereof by this reference)

That, ronald,has been diagnosed with PTSD (post-traumatic stress disorder) from legal abuse syndrome, being abused by Clackamas County the first time, Multnomah County and Yamhill County officers and officials since 1974, and ronald has had four operations on his right leg and two on his left leg, ronald has been classified disabled and has a prolapsed rectum caused by the beating,the trauma, from the tyranny and oppression, damage to the ulna nerve, from the assault and beating and caused injury to the shoulders,throat, arms, hips,legs and cause injury to the corpus delicti.

Also, ronald,again was injured,when safeguards from the first amendment to the bill of rights were ignored by administrator/judge, Jeffery S Jones / JEFFERY S JONES, District Attorney, Sheriff Deputies, etc., however in this case matter the State of Oregon by and through the D.A./prosecutor failed and/or refused to prove jurisdiction.

That, said assault and beating was in the Clackamas County Circuit Courtroom, on camera, with four (4) other female witnesses, now in evidence, made a part herein, seated outside of BAR and Julian Tavera (affiant), and ronald i.e., the injured party, was there, under threat, duress, coercion under *vi et armis* (under force and arms).

That, was, mailed a certified letter (#7017 2400 0001 1523 1244) on July 10, 2018 entitled; 'REQUEST FOR PUBLIC DOCUMENT(S) DISCLOSURE IN THE NATURE OF A 'FOIA.'' To John S. Foote; District Attorney for Clackamas County of which his reply was ...send $102.00 for a copy of the court file of all documents and filings!

That, was, mailed a second certified letter (#7018 0680 0000 5258 5294) on August 20, 2018 'REQUEST FOR PUBLIC DOCUMENT(S) DISCLOSURE IN THE NATURE OF A 'FOIA.'' To John S. Foote, District Attorney for Clackamas County of which his reply was a copy of his previous response ...send $102.00 for a copy of the court file of all documents and filings! copies of his 'REQUEST FOR PUBLIC DOCUMENT(S) <u>attached hereto</u>.

At all times per this matter the State of Oregon and Clackamas County by and through District Attorney John S. Foote failed and refused to prove personum and subject matter jurisdiction over the sentient man; Ronald-Kenneth:Strasser,supported by previous 'Affidavit of Default' filed in this matter – Case #16CR07655 and by and through said District Attorney John S. Foote; failed to prove certain essential elements of fact and in actuality were never established per the D.A.'s failure to prove jurisdiction so there was no lawful cause of action, as no other natural man,was injured and no property was damaged as applied to the common law, and if District Attorney John S. Foote had proven jurisdiction the essential elements would have been established to support the cause of action as filed against the Trust/Estate;STRASSER RONALD KENNETH, ens legis, as none was presented to ronald-kenneth,whom,  <u>never consented nor</u> <u>agreed</u> to assume the liability filed and/or imposed upon the Trust/Estate; RONALD KENNETH STRASSER, ens legis and ronald does not believe any such jurisdiction or essential elements existed to be in an 'administrative court/tribunal in the first place and that ronald,did rebut the 12 Presumptions of the administrative court/tribunal ...with no counter rebuttal or otherwise ...just silence, which equates to agreement. See; Affidavit of Default' filed in this matter as attached hereto.

Note; whereas, it is a fundamental principle of law including and limited to all law enforcement officers, liability extends to acts or omissions that arise within the scope of their employment regardless of engagement in investigative or law enforcement activity, or are executing a search, seizing evidence, or making an arrest.  See for reference; MILLBROOK v. UNITD STATES 477 Fed. Appx. 4., therein deputy Daniel O'Keefe, DANIEL O'KEEFE and/or the other deputy/law enforcement officer's assault and battery was intentional.

Note; ronald-kenneth:strasser, a sentient man, not a party to, this State /The State of Oregon,the Constitution, not named in State statutes, not a corporate officer, as agreed by Multnomah, Clackamas Counties and Yamhill County, by unrebutted affidavit/default agreement(s), and Order of Dismissal (Multnomah County), and ronald having PTSD, also physically crippled in both legs, having injured no man, nor damaged property ...was in honor, under threat, duress and coercion, was without cause, intentionally assaulted and beaten in the court room on 6 July 2017, with witnesses, on camera, by principle director, the so-called, judge Jeffrey S. Jones, apparently the modus operandi of the named tort feasors.

Note; this notice of tort, claim is continuation of a notice of tort, claim, hand-written, dated 28 August 2017 as was noted, by ronald-kenneth while held in the  Clackamas County Jail.

Notice; due to fraud by tort feasors of this claim matter, there is no statute of limitations.

Ronald-Kenneth:Strasser/ronald-kenneth:strasser,reserves all rights at all times and waves no rights at any time and reserves his right to amend this notice of tort, add additional tort feasors,

add additional injuries under necessity and ronald-kenneth: has not surrendered any of his rights granted him by the Creator, or his unalienable rights, to any, Agency/Corporation of this state, the State of Oregon, including but not limited to Clackamas County and/or the administrative services of the so-called court.

The claim herein demand the sum certain of $750,000,000.00 (Seven Hundred and Fifty Million Dollars and no cents) (USD) or credit of account) for his damages, as set out herein, as a result of the injuries caused by the assault and battery, pain and suffering, humiliation, embaressment, libel and slander, emotional and physical distress, expenses, etc., and constitutional impermissible application of the statute(s) engaged by tort feasors named above being officers and officials of Clackamas County/State of Oregon.

The monetary damages are a sum certain $850,000,000.00 (Eight Hundred and Fifty Million Dollars and no cents) (USD) or credit of account.

[**Please note** that the monetary damages alone for 56 nite's of unlawful incarceration, pursuant to; TREZEVANT V. CITY OF TAMPA, 741 F.2nd 336 (1984) ...is more than $93,000,000.00 (Ninety Three Million Dollars) USD.] (and already settled Clackamas County and Oregon cases), and can be added if necessary upon agreement.

Lis pendens is in effect on all property of all officers/tort feasors per this matter, under necessity, in the interest of justice.

Sincerely,

And I Continue to Reserve All My Rights Without Prejudice

By: ronald-Kenneth: strasser  sui juris
By: ronald-kenneth:strasser, sui juris
all rights reserved without prejudice


**Attachments:**  [ will be forth coming – to attached hereto! ]

1) Notice of Injury – dated 10-08-2017 – one page.
2) Copy of Affidavit of Ronald Kenneth Strasser – July 2018 – 4 pages.
3) Notice & Deamand / Challenge to the Jurisdiction – 10 pgs
4) Administrative and Judicial Notice as ro Agreement by the State of Oregon of No Proof of Jurisdiction – Void case – Void Judgment – Request for Dismissal – 8 pages.
5) Affidavit of Default – 6 Pgs.
6) Notice of Waiver of Time – of Violation of Secured Rights, of Subjugation to Secret Foreign Jurusdiction, of Default Agreement, of Recusal, of Tort Claim – August 28, 2017 – 2 pages.
7) Letter Rogatory to Clerk of Court / Dishonored.
8) Notice of Abatement, Item # 01172017-1/NoteAbate/RKS.
9) Copy of 'Notice of Tort Claim' ...dated 28 August 2017, from within Clackamas County Jail.
10) Copy of 'Abatement' – Dated 8-22-2017.
11) Claimant's copies of his 'REQUEST FOR PUBLIC DOCUMENT(S) (2).
12) Affidavit of ronald kenneth strasser – Item # 08152018-5/AFF/RKS – 9 Pgs
13) Authorized Representative in the Nature of POA – 2 pages.
14) Copy of Oregonian Article on Deputy beating of Claimant in court.



Note 1; all other signed and additional filings as exhibits in this matter can be found in the administrative court file(s) per the case number(s) above.

Note 2; EQUAL PROTECTION OF THE LAWS. The equal protection of the laws of a state is extended to persons within its jurisdiction, within the meaning of the constitutional requirement, when its courts are open to them on the same conditions as to others, with like rules of evidence

and modes of procedure, for the security of their persons and property, the prevention and redress of wrongs, and the enforcement of contracts; when they are subjected to no restrictions in the acquisition of property, the - enjoyment of personal liberty, and the pursuit - of happiness, which do not generally affect others; when they are liable to no other or greater burdens and charges than such as are laid upon others; and when no different or greater punishment is enforced against them for a violation of the laws. State v. Montgomery, 94 Me. 192, 47 A. 165. "Equal protection of the law" means that equal protection and security shall be given to all under like circumstances in his life, his liberty, and his property, and in the pursuit of happiness, and in the exemption from any greater burdens and charges than are equally imposed upon all others under like circumstances. Sovereign Camp, W. O. W. v. Casodos, D.C.N.M., 21 F. Supp. 989, 994. Black's Law Dictionary – 4th Edition – page 631 (Emphasis added).

**Additional points applicable herein:**

1. Property; 46 USC 30908 … exempt from seizure and arrest.

2. Failure to perform 'principal agent' relation with principle/ adumbrate (meaning resemblance and/or to conceal) and see UCC 1-103.6

3. 15 USC 1; Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other person, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.
(July 2, 1890, ch. 647, § 1, 26 Stat. 209; Aug. 17, 1937, ch. 690, title VIII, 50 Stat. 693; July 7, 1955, ch. 281, 69 Stat. 282; Pub. L. 93–528, § 3, Dec. 21, 1974, 88 Stat. 1708; Pub. L. 94–145, § 2, Dec. 12, 1975, 89 Stat. 801; Pub. L. 101–588, § 4(a), Nov. 16, 1990, 104 Stat. 2880; Pub. L. 108–237, title II, § 215(a), June 22, 2004, 118 Stat. 668.)

4. In violation of the Lieber Code 46, 134 vital statistics, 104 (*The convictions and religious practices of civilians and persons hors de combat must be respected,* 105 (respect for family life), 127 (*Family life must be respected as far as possible),* and otherwise where applicable.

5. Usufruct is (a) the condition on the land and easement; Usufructuary; a benefit on the usufruct and Trustee to the naked owner wo/man state = NAME = state = Agency receiver of reversion/revenue state = usufructuary co/beneficiary = U.S.

6. People v. Dallas ; While not every broken bone necessarily constitutes great bodily injury ( People v. Nava (1989) 207 Cal.App.3d 1490, 1495-1497 ), the two skull fractures in this case cannot be said to be "insignificant" or "trivial."

7. US 12 stat 153 at large; only way to acquire status of a US citizen versus 'Free Inhabitant.'

8. The Taft - Hartley Act knowingly converting souls into wards of the court, legal fiction wards, yet are without status, standing, capacity, authority or agency. DECEPTIVE trade with

fraudulent business practices. Title 32 CFR. See; Vicarious Liability at Title 18 – 1781 and FRCP Rule 17.

9. See; Title 15, USC – 1127 ...raises issue of statute of frauds & criminal neglect.

10. See; UCC 3-501, 3-502, 3-302, 3-305, 3-306 and 31 USC 3113, 2009 - American Reconstruction Act.

11. See; Bond v. United States, 529 US 334 2000, Bond v. US 131, S Ct., 2355, 2011.

12. See; 1951 Power of Appointment Act, and 12 USC 95 (a) (2).

13. 27 CFR 72.11 – All crimes are commercial crimes...

14. Fedederal Rules of Civil Proceedure – Rule 17 – Real party in interest.

15. Article 6 – U.S, Constitution; This Constitution, and the laws of The United States which shall be made in Pursuance thereof; ...and the Judges in every State shall be bound there by, any thing in the Constitution or laws of this State to the Contrary notwithstanding. ...and the members of the several xtate legislatures, and all executives and judicial officers, both of the United States and of the several States, shall be bound by oath or Affirmation, to support this Constitution..."

16. Pursuant to or in accordance with, 28 USC 1331 & 1343.

17. Pursuant to the foreign administration registration act of 1938 and filing fee with code OMB 1124-000 EXPIRES May 1 2020 required filing fee rule 5 (d)(1) 28 CFR SS 5.5 (d) (1).

18. Dead man statutes federal rules of evidence 1002 1001 1003.

19. UCC 3-104 d  1-103.6.

20. Trinsey v. Pagliario, also cites an impressonable case

Errors and omissions are consistent with intent. Right reserved to amend at any time.
This is a proceeding to collect a debt. Any and all information obtained may be used for any
purpose in all jurisdictions. Any mention or citation of a court case or otherwise is for reference
only to/for Risk Management per said claim.

All Rights, Remedies and Recourses Reserved in all Directions.



Robert Kelly
Authorized Representative
For Ronald Kenneth Strasser
c/o PO Box 3096
Non-Domestic
Central Point, Oregon near [ 97502 ]

Certified Mail Number: 7018 0680 0000 5258 5645

# Second Notice of Tort Claim

Fiat Justitia, Ruat Coelum; "Let right be done, though the Heavens should fall."

Kim Ybarra
Clackamas County Counsel
Risk Management
2051 Kaen Road
Oregon City, Oregon 97045
kybarra@co.clackamas.or.us

May 23, 2019

**RE: First Notice** of Tort claim (Registered Mail Number; RB 182 990 925 US) against Clackamas County/CLACKAMAS COUNTY, an entity/agency of the STATE OF OREGON, parent corporation and Clackamas County Circuit Court/CLACKAMAS COUNTY CIRCUIT and certain of its officers and officials in their Public and Private capacity, as tort feasors, with said tort claim made by Claimant: ronald kenneth strasser, a private sentient man, IN RE; RONALD KENNETH STRASSER (Ens legis/TRUST-ESTATE) - CASE NUMBERS; 15AD01964, 17CR44609, 16CR51766, 16CR07655, and any other State of Oregon cases under necessity.

Notice to Principle is notice to agent and Notice to agent is notice to Principal
Equality in the law is Primary and mandatory by law.
Pursuant to 8 federal Register, pg. 12266 SS 404.104(g )C11.3

Dear Ms. Ybarra, et al:

   This second notice of said Tort Claim as filed with your office via the registered mail number above, constituting 'First Notice' of said tort claim of RONALD KENNETH STRASSER – Trust/Estate - by the private sentient man/beneficiary; Ronald Kenneth Strasser (ronald kenneth strasser), real party in/of interest (injured party).

   The Notice of Tort claim was received by your office via registered mail and was signed by J. Gibson on 3-16-19. Copy of PS Form 3811 'Green Card' enclosed.

   It has been 67 days of no communication from you and/or your office in regards to said Claim.

   We are granting you an additional ten days upon receipt of this Second Notice to respond with office to settle said claim, allowing 3 days for return mail.

Your response needs to be signed by you or an authorized designated employee or from your insurer for Clackamas County/CLACKAMAS COUNTY. Your 'insurer' may engage settlement options as your agent or otherwise per this matter, in a timely manner.

Should you fail or refuse to respond within the specified time period, your silence will be accepted as your agreement that the tort claim is valid, legal, lawful and that the claim of injuries incurred via the assault on Ronald Kenneth Strasser/ronald kenneth strasser being beaten in the Clackamas County/CLACKAMAS COUNTY Court room, on camera with witnesses for the asserted and claimed monetary damages of the sum certain amount of $850,000,000.00 (Eight Hundred and Fifty Million Dollars and no cents) (USD) is proper and valid and is accepted by your silent tacit agreement (failure too respond) and that your silence engages your administrative 'Nihil dicit' judgement of the same in favor of Ronald Kenneth Strasser/ronald kenneth strasser.

And you will have agreed that the said Tort Claim is true, correct and complete, in respect to:

"Claimant herein demands the monetary damages at the sum certain amount of $850,000,000.00 (Eight Hundred and Fifty Million Dollars and no cents) (USD) or money of account for his damages, as set out herein, as a result of the injuries caused by the assault and battery, pain and suffering, humiliation, embarrassment, emotional and physical distress, expenses, etc., and constitutional impermissible application of the (color of law) statute(s) engaged and inflicted by Tort Feasors named, being officers and officials of Clackamas County/State of Oregon in their public and individual/private capacities."

Therein, you agree and recognize that Ronald Kenneth Strasser/ronald kenneth strasser is the Tort Claimant and said monetary claim is right, just and accepted by you as against Clackamas County/CLACKAMAS COUNTY and the State of Oregon/STATE OF OREGON ...and that you agree, as an employee, that you speak for Clackamas County/CLACKAMAS COUNTY and the Governor 'C.E.O.' Kate Brown of the State of Oregon/STATE OF OREGON as to the responsibility, culpability and liability to Ronald Kenneth Strasser/ronald kenneth strasser, and he may engage any means necessary to obtain 'Full Satisfaction and Accord' in the settlement of this matter/claim along with his right to bring lawsuit and/or file monetary lien(s) as necessary on whomever and/or whatever.

Lis pendens is in effect on all property of the State of Oregon/STATE OF OREGON, Clackamas County/CLACKAMAS COUNTY, and all officers/tort feasors per this matter, under necessity, in the interest of justice.

Sincerely,

_____
Robert Kelly, Authorized Representative,
for ronald kenneth strasser, sui juris, sentient
private man and claimant

CC:
Kate Brown - Governor
Office of the Governor
900 Court Street NE, Suite 254
Salem, OR 97301-4047
Cert. Mail # 7018 0680 0000 5258 5645

**Note**; EQUAL PROTECTION OF THE LAWS. The equal protection of the laws of a state is extended to persons within its jurisdiction, within the meaning of the constitutional requirement, when its courts are open to them on the same conditions as to others, with like rules of evidence and modes of procedure, for the security of their persons and property, the prevention and redress of wrongs, and the enforcement of contracts; when they are subjected to no restrictions in the acquisition of property, the - enjoyment of personal liberty, and the pursuit - of happiness, which do not generally affect others; when they are liable to no other or greater burdens and charges than such as are laid upon others; and when no different or greater punishment is enforced against them for a violation of the laws. State v. Montgomery, 94 Me. 192, 47 A. 165. "Equal protection of the law" means that equal protection and security shall be given to all under like circumstances in his life, his liberty, and his property, and in the pursuit of happiness, and in the exemption from any greater burdens and charges than are equally imposed upon all others under like circumstances. Sovereign Camp, W. O. W. v. Casodos, D.C.N.M., 21 F. Supp. 989, 994.   Black's Law Dictionary – 4th Edition – page 631  (Emphasis added).

Errors and omissions are consistent with intent. Right reserved to amend at any time.
This is a proceeding to collect a debt.  Any and all information obtained may be used for any purpose in all jurisdictions. Any mention or citation of a court case or otherwise is for reference only to/for Risk Management per said claim.

Errors and omissions are consistent with intent.

All Rights, Remedies and Recourses Reserved in all Directions.

Copy of Affidavit of Julian Tavera, Item # 08262018-1/AFF/JT/RKS
First, Notice of Tort Claim, Item # 10192018-2/TC/RKS to State of Oregon Risk Mgmt.
Second, Notice of Tort Claim, Item # 02262019/TC/RKS to Clackamas Cty Risk Mgmt.
Follow-up letter to State of Oregon Governor, certified mail # 7018 0680 0000 5258 5447.
Added Proof of Service & Certificate of Service

Without the United States, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 12/30/2019.

By:___ :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris, A.R.R.W.P.___
          :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris, A.R.R.W.P.