| | |
|---|---|
| Ronald-Kenneth: Strasser AR WP | Not an Attorney |
| Non-Resident Alien | Not Pro Se |
| c/o 8800 Southeast 80 Avenue | Not Representing Myself |
| non-domestic | Demand Fee Waiver |
| Portland | |
| Oregon Republic | |
| Multnomah, County | |
| Zip Exempt | |

**In the United States District Court for the District of Oregon, Portland Division**

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui-juris, | ) | Case No. 3:19-cv-01051-SI |
|        Claimant, | ) | |
| v. | ) | |
| STATE OF OREGON by and through Governor Kate Brown, in her individual capacity, CLACKAMAS COUNTY RISK MANAGEMENT, Kim Ybarra, in her individual capacity, CLACKAMAS COUNTY SHERIFF, Craig Roberts, in his individual capacity, CLACKAMAS COUNTY UNDER SHERIFF, Dave M. Ellington, in his individual capacity, CLACKAMAS COUNTY SHERIFF DEPUTY'S; Daniel Joseph O'Keefe and Greg Keppler in their Private capacity, and John and Jane Does 1 to 100, et al., Tort Feasor's, | ) | |
|        Defendants. | ) | |

**Renewed Demand for Service by Marshal pursuant to FRCP 4(c)(3)**

Is it not true that Docket Entry #17 in this case states:

Docket Text: ORDER - Plaintiff's motion titled Demand for Service by Marshal pursuant to FRCP 4(c)(3) (ECF [15]) is DENIED as moot. Plaintiff is directed to comply with the order dated January 6, 2010 detailing the process for effectuating service via the U.S. Marshals Service. Plaintiff can obtain the necessary forms from the Clerk of the Court. Ordered by Judge Michael H. Simon. (mja)

does it not?

Is it not true that there are now thirty-one (31) Defendants, named as follows?

1. STATE OF OREGON by and through Governor Kate Brown;

2. Kate Brown in her individual capacity;

3. Shelley Hoffman (STATE RISK MANAGER);

4. Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER);

5. CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity;

6. CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity;

7. CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity;

8. CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity;

9. CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity;

10. CAPTAIN David O'Shaughnessy in his private capacity;

11. SERGEANT Corey R. Smith in his private capacity;

12. Katy Coba, Department of Administrative Services ;

13. CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon ;

14. CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones ;

15. CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter ;

16. Debbie Spradley, TRIAL COURT ADMINISTRATOR ;

17. CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote ;

18. Assistant D.A. Christopher K. Haywood ;

19. County Administrator Donald Krupp ;

20. Chief Executive Officer Deputy Laurel Butman ;

21. Commissioner Ken Humberston ;

22. Oregon State Sheriffs Association ;

23. Pat Garrett, 2017 OSSA President & Washington County Sheriff ;

24. Department of Public Safety Systems and Training ;

25. DPI Security (formerly DePaul Security Service) ;

26. Joel Manley ;

27. Samantha Olson ;

28. Clackamas County Sheriff's Office Professional Standard Unit ;

29. Lieutenant Ken Boell ;

30. Captain Shane Strangfield ;

31. Detective Dan Smith.

Is it not true that Summonses for each of the thirty-one Defendants have been issued by the Clerk?

Is it not true that these thirty-one Summonses are now sitting in the chambers of administrators wearing black robes, titled Judges?

Is it not true that the administrators wearing black robes, titled Judges, **have a duty** to give these thirty-one Summonses to the Federal Marshals to be served?

Is it not true that the administrators wearing black robes, titled Judges, **have not yet given** these thirty-one Summonses to the Federal Marshals to be served?

Where is the accountability for the administrators wearing black robes, titled Judges?

MayI once again demand that these thirty-one Summonses be given to the Federal Marshales to be served, or else to know the reasons why not, and to know what else I must do?

### NOTE: NOT PRO SE

May I hereby give notice that I, ronald-kenneth: strasser, Claimant, also known as Ronald-Kenneth: Strasser, Claimant in the above-named case, am **not** "pro se"?

May I demand any evidence or facts which might support this label "pro se"?

**May I demand that the term "pro se" not be applied to the record?**

May I point out that I am not "representing myself" – I **am** myself?

May I point out that an attorney (one who practices attornment) "represents" a fiction? And that the attorney is also a fiction? May I point out that I am **not** a fiction?

Who put this label into the record without my consent?

May I point out that "pro se" is Dog Latin?

Whoever you are, why are you labeling me in Dog Latin when we all speak English?

May I point out that "pro se" does not appear in Bouvier's Law Dictionary, 1856 Edition?

May I point out that I am "sui juris" ?

### RESCINDING AND REVOKING ANY AND ALL POWERS FOR ATTORNEY

May I give notice that I hereby rescind and revoke any and all Power(s) for Attorney that I may have ever granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May I give notice that in document [13], Notice for Appeal, I gave Michael Simon notice that I hereby rescind and revoke any and all Power(s) for Attorney that I may have ever granted

in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May I point out that I have never knowingly, willingly nor voluntarily granted any Power for Attorney to anyone in any court system?

Hereby, if you don't mind, I am disavowing and disaffirming, back to the date for infancy, am I not?

Does anybody object if I reserve the right to change or amend this document for errors and omissions consistent with intent? With all rights reserved without prejudice? And if I am misguided by my own conscience, then you will correct me, will you not?

In pursuance to 28 USC 1746, may I hereby declare under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 2 March, 2020?

By:___:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris AR WP__     March 2, 2020
       :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris AR WP