| | |
|---|---|
| Ronald-Kenneth: Strasser AR WP | Not an Attorney |
| Non-Resident Alien | Not Pro Se |
| c/o 8800 Southeast 80 Avenue | Not Representing Myself |
| non-domestic | Demand Fee Waiver |
| Portland | |
| Oregon Republic | |
| Multnomah, County | |
| Zip Exempt | |

# In the United States District Court
# for the District for Oregon

( 1000 SW 3rd Ave #740, Portland, OR 97204 )

Ronald-Kenneth:Strasser, sui-juris,   ) Case No. 3:19-cv-01051-SI
                                     )
    Claimant,                        )
                                     )   **NOTICE FOR APPEAL**
   v.                              )
                                     )
STATE OF OREGON by and through Governor Kate Brown;   )
Kate Brown in her individual capacity;   )
Shelley Hoffman (STATE RISK MANAGER);   )
Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER);   )
CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity;   )
CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity;   )
CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity;   )
CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity;   )
CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity;   )
CAPTAIN David O'Shaughnessy in his private capacity;   )
SERGEANT Corey R. Smith in his private capacity;   )
Katy Coba, Department of Administrative Services ;   )
CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon ;   )
CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones ;   )
CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter ;   )
Debbie Spradley, TRIAL COURT ADMINISTRATOR ;   )
CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote ;   )
Assistant D.A. Christopher K. Haywood ;   )
County Administrator Donald Krupp ;   )
Chief Executive Officer Deputy Laurel Butman ;   )
Commissioner Ken Humberston ;   )
Oregon State Sheriffs Association ;   )
Pat Garrett, 2017 OSSA President & Washington County Sheriff ;   )
Department of Public Safety Systems and Training ;   )
DPI Security (formerly DePaul Security Service) ;   )
all Clerks of Clackamas County Court and their associates;   )
all other deputy's, directly and indirectly involved;   )

Notice for Appeal

| | |
|---|---|
| and John and Jane Does 1 to 100, et al., | ) |
| in equal fault (Black's Law 5th, p. 711; | ) |
| also see 42 CJS "indemnity" subsection 27 | ) |
| | ) |
|        Defendants, | ) |
| | ) |
| Joel Manley ; | ) |
| Samantha Olson ; | ) |
| Clackamas County Sheriff's Office Professional Standard Unit ; | ) |
| Lieutenant Ken Boell ; | ) |
| Captain Shane Strangfield ; | ) |
| Detective Dan Smith ; | ) |
| | ) |
|        **Respondents.** | ) |

## NOTICE FOR APPEAL

May I hereby give notice that I, Ronald-Kenneth:Strasser, sui-juris, Claimant in the above-named case, am hereby appealing to the United States Court for Appeals for the Ninth Circuit from the

[21] ORDER dismissing this case with prejudice, signed and entered 3/16/2020, and from the

[22] JUDGMENT dismissing this case with prejudice, signed and entered 3/16/2020 ?

May I point out that this appeal is timely because I mailed my "Notice and Demand to Reconsider Pursuant to F.R.C.P 59(e) and 60(b)" on 13 April 2020, and I have a mail tracking receipt Form 3817 #840-5970-0068-001-00010-64111-02 which, the Postal Clerk told me, shows that it arrived at the courthouse on 15 April 2020, within thirty days of the entry of the orders being appealed, however MICHAEL A. SIMON corruptly ordered that it be held until one day after the deadline before he would allow the Clerk to file it, and Erik Oss told me that he would not tell me who carries the mail upstairs from the mailroom to the Clerk's filing office.

Notice for Appeal

May I point out that I am not an attorney, and unable to conclude correctly who "the parties to the appeal" are, in the present circumstance that some of them have been served and some have not been served, however the following are unquestionably parties to the USDC case including defendants who have been served?:

    Ronald-Kenneth: Strasser (Claimant, Appellant)
    address:
    Ronald-Kenneth: Strasser ARR WP
    Non-Resident Alien
    c/o 8800 Southeast 80 Avenue
    non-domestic
    Portland
    Oregon Republic
    Multnomah, County
    Zip Exempt
    Phone: (503) 718-1858
    Email: ronaldkennethstrasser@mail.com

    STATE OF OREGON by and through Governor Kate Brown
    900 Court Street NE
    Salem, OR 97301

    Kate Brown in her individual capacity
    900 Court Street NE
    Salem, OR 97301

    Shelley Hoffman (STATE RISK MANAGER)
    Risk Management
    Department of Administrative Services
    POB 12009
    Salem, OR 97309

    Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER)
    Clackamas County Risk Management
    2015 Kaen Road
    Oregon City, OR 97045

    CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity
    9101 SE Sunnybrook Blvd
    Clackamas, OR 97015

Notice for Appeal

CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

    CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity
    9101 SE Sunnybrook Blvd
    Clackamas, OR 97015

    Katy Coba, Department of Administrative Services
    155 Cottage St. NE
    Salem, OR 97301-3972

    Debbie Spradley, TRIAL COURT ADMINISTRATOR
    807 Main Street
    Oregon City, OR 97045

    CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote
    807 Main St
    Oregon City, OR 97045

    Assistant D.A. Christopher K. Haywood
    807 Main St #7
    Oregon City, OR 97045

    County Administrator Donald Krupp
    Clackamas County Risk Management
    2015 Kaen Road
    Oregon City, OR 97045

    Chief Executive Officer Deputy Laurel Butman
    Clackamas County Risk Management
    2015 Kaen Road
    Oregon City, OR 97045

    Commissioner Ken Humberston
    2015 Kaen Road
    Oregon City, OR 97045


    And may I point out that the following are named as Defendants in the Complaint and would have been parties to the USDC case except that they have not been served?:


Notice for Appeal

CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CAPTAIN David O'Shaughnessy in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

SERGEANT Corey R. Smith in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon
807 Main St
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St Room 310
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter
807 Main St Room 310
Oregon City, OR 97045

Oregon State Sheriffs Association
c/o Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

DPI Security (formerly DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

all Clerks of Clackamas County Court and their associates;

all other deputy's, directly and indirectly involved;

and John and Jane Does 1 to 100, et al.

Notice for Appeal

And may I point out that the following are named as Respondents in the Complaint and would have been parties to the USDC case except that they have not been served?:

Joel Manley
15861 SW Century Dr
Sherwood, OR, 97140-9443

Samantha Olson
22550 NW Sauvie Island Rd
Portland, OR, 97231-1300

Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Lieutenant Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Captain Shane Strangfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Detective Dan Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

May I point out that I expect a Fee Waiver because I am on SSI, crippled, disabled, Oregon Health Plan, below the poverty level, etc.? Do you not grant Fee Waivers based on SSI, crippled, disabled, Oregon Health Plan, below the poverty level, etc.?

May I point out that MICHAEL H. SIMON failed and refused to answer my questions??

Notice for Appeal

**Rescinding and Revoking Any and All Power(s) for Attorney**

May I give notice that I hereby rescind and revoke any and all Power(s) for Attorney that I may have ever granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May I point out that I have never knowingly, willingly nor voluntarily granted any Power for Attorney to anyone in any court system?

Hereby, if you don't mind, I am disavowing and disaffirming, back to the date for infancy, am I not?


Does anybody object if I reserve the right to change or amend this document for errors and omissions consistent with intent? With all rights reserved without prejudice? And if I am misguided by my own conscience, then you will correct me, will you not?

In pursuance to 28 U.S.C. 1746, may I hereby declare, under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 13 May 2020, without THIS STATE, without THE STATE OF OREGON, without THE UNITED STATES ?


By:___:/s/...*V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP*__          13 May 2020
       :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP









Notice for Appeal

## Certificate for Service

May I certify that on the date written below I served a true copy for the foregoing **NOTICE FOR APPEAL** on the following parties by fax, email and/or U.S. mail?

STATE OF OREGON by and through Governor Kate Brown
900 Court Street NE
Salem, OR 97301

Kate Brown in her individual capacity
900 Court Street NE
Salem, OR 97301

Shelley Hoffman (STATE RISK MANAGER)
Risk Management, Department of Administrative Services
POB 12009
Salem, OR 97309

Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER)
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Katy Coba, Department of Administrative Services
155 Cottage St. NE
Salem, OR 97301-3972

Debbie Spradley, TRIAL COURT ADMINISTRATOR
807 Main Street
Oregon City, OR 97045

CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote
807 Main St
Oregon City, OR 97045

Assistant D.A. Christopher K. Haywood
807 Main St #7
Oregon City, OR 97045

County Administrator Donald Krupp
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Chief Executive Officer Deputy Laurel Butman
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Commissioner Ken Humberston
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CAPTAIN David O'Shaughnessy in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

SERGEANT Corey R. Smith in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon
807 Main St
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St Room 310
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter
807 Main St Room 310
Oregon City, OR 97045

Notice for Appeal

Oregon State Sheriffs Association
c/o Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

DPI Security (formerly DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

Joel Manley
15861 SW Century Dr
Sherwood, OR, 97140-9443

Samantha Olson
22550 NW Sauvie Island Rd
Portland, OR, 97231-1300

Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Lieutenant Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Captain Shane Strangfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Detective Dan Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

By:___*:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP*___   13 May 2020
         :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP

Notice for Appeal