strasser, Sui Juris, Beneficiary, ARR WP                    Not an Attorney
Non-Resident Alien                                          Not Pro Se
c/o ronaldkennethstrasser@mail.com                         Not Representing Self
503-718-1858                                                Demand Fee Waiver


# In the United States District Court
# for the District for Oregon

( 1000 SW 3rd Ave #740, Portland, OR 97204 )

| | |
|---|---|
| strasser, | ) Case No. 3:19-cv-01051-SI |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| STATE OF OREGON by and through Governor Kate Brown; et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| STATE OF OREGON by and through Governor Kate Brown; et al., | ) |
| | ) |
| Joel Manley, et al., | ) |
| | ) |
| Respondents. | ) |

### Draft Third Amended Complaint

1a. strasser raises the issue of whether Michael Simon is properly in office, does anyone disagree?

This Draft Third Amended Complaint incorporates by reference the Second Amended Complaint, to the extent that the Second Amended Complaint complies with the law, and to the extent that the Second Amended Complaint states a claim upon which relief may be granted, does anyone disagree?

Draft Third Amended Complaint

strasser again demands adequate time to file a Third Amended Complaint, let's say 28 days after Michael Simon answers the questions which were asked in the **Demand for Clarification and More Time** and again in the **Second Demand for Clarification and More Time**, does anyone disagree?

strasser has demanded more time, however, out of an abundance of caution, files this Draft Third Amended Complaint in case more time is denied, does anyone disagree?

There is nothing wrong with an allegation joined with a question whether anyone disagrees, and it doesn't stop being an allegation, does anyone disagree?

All titles given here are merely repetition of what the Defendants call themselves, and are not intended as agreement or admission that the Defendants really do hold those offices, and the defendants **may or may not** hold the offices that they claim to hold, to be determined in discovery, does anyone disagree?

strasser raised the question of whether each of the Defendants was properly in office, before otherwise engaging with them, does anyone disagree?

The exact nature of the employment of the defendants is unknown and will be determined in discovery, does anyone disagree?

2a. Purported "Clackamas County Sergeant" Corey R. Smith has the courthouse detail, do you admit or deny?

3a. Corey R. Smith ordered the beating of strasser, do you admit or deny?

4a. Purported "Captain" David O'Shaughnessy is "Sergeant" Corey R. Smith's captain, do you admit or deny?

5a. "Sergeant" Corey R. Smith had to confirm his orders to the crew which beat strasser, do you admit or deny?

Draft Third Amended Complaint

6a. Joel Manley has stated, and strasser believes, that the orders for the beating of strasser came from Craig Roberts through "Captain" David O'Shaughnessy and "Sergeant" Corey R. Smith, do you admit or deny?

7a. Katy Coba is Shelley Hoffman's boss, do you admit or deny?

8a. Nobody can say who, what or where STATE OF OREGON is, or where its office is, or what its phone number is (but do they not have a General Fund?), do you admit or deny?

9a. Shelley Hoffman said Ronald doesn't have a claim against STATE OF OREGON, probably because they are a name only, do you admit or deny?

10a. strasser sent Katy Coba a copy of the Affidavit and she didn't respond, do you admit or deny?

From strasser's recollection, does anyone disagree?:

### ***The Hands-On Defendants***

The defendants who were named in the Second Amended Complaint as having laid hands on strasser, including Daniel O'Keefe, Greg Klepper, Morgan Guthner, Corey R. Smith, Daniel Joseph O'Keefe, Brian Carkner, David O'Shaughnessy and six unknown named Deputies (five men and one woman) did beat strasser, and did transport strasser against strasser's will, and did keep strasser in a dungeon, and conspired to do all of these violent acts, does anyone disagree?

These violent acts damaged strasser, to an extent and in an amount to be determined in discovery, does anyone disagree?

### ***The Conspiring Defendants***

The remaining defendants, including Robert D. Herndon, Jeffery S Jones, Thomas J. Rastetter and Debbei Spradley, and also Corey R. Smith and David O'Shaughnessy and Craig

Draft Third Amended Complaint

Roberts, conspired with the hands-on defendants to commit these violent acts, and the exact nature of the conspiracy is to be determined in discovery, does anyone disagree?

### *First Kidnapping, with No Beating*

About one year before the July 2017 beating and kidnapping, Robert D. Herndon purported to find the Ens Legis guilty of "driving while revoked" (although there was no evidence that strasser had used any automobile for business, there was no evidence that strasser had "operated a motor vehicle") and forced strasser to be the Surety and the Accommodating Party for the Ens Legis, does anyone disagree?

strasser is not Surety and the Accommodating Party for the debt, however Robert D. Herndon would not accept strasser's challenge to the jurisdiction (that case is on appeal right now), does anyone disagree?

Robert D. Herndon ordered some others to kidnap strasser and hold strasser in the dungeon for ninety days for ransom, does anyone disagree?

Robert D. Herndon purported to be the "Presiding Judge" at the time, does anyone disagree?

### *Second Kidnapping, with No Beating*

In a different incident which occurred several months before the July 2017 beating, Thomas J. Rastetter ordered Daniel O'Keefe to slyly and surreptitiously take strasser's cell device, by grabbing or taking the cell device from strasser's hand by force while strasser was not prepared for it, and then Thomas J. Rastetter ordered strasser's abduction, resulting in seven or eight days in the dungeon, does anyone disagree?

Jeffery S. Jones gave the order to the deputies to beat strasser, does anyone disagree?

Draft Third Amended Complaint

Jeffery S. Jones said "Resist Arrest Twenty-Five Thousand" immediately before Daniel O'Keefe put his hands on strasser, does anyone disagree?

***Third Kidnapping, With Beating***

strasser was beaten in Jeffery S Jones' room called "Courtroom One," does anyone disagree?

Jeffery S. Jones gave the order to the deputies to beat strasser, does anyone disagree?

Daniel O'Keefe put his hands on strasser as a direct result of Jeffery S. Jones saying "Resist Arrest Twenty-Five Thousand," does anyone disagree?

Jeffery S. Jones ordered the video sound to be censored (the video of the beating), does anyone disagree?

All actors chose that particular room because it has only one camera, and there is an area of the floor which is not covered nor seen by that camera, and that area of the floor is where they beat strasser, does anyone disagree?

strasser was kidnapped on 7 July and they did not let strasser out until 30 August, does anyone disagree?

Also strasser was kidnapped a few days or weeks before 7 July and kept in the dungeon for a few nights, does anyone disagree?

Jeffery S Jones ordered others to hold strasser's living flesh in the dungeon for 58 nights, does anyone disagree?

Respondent (not defendant) Clackamas County Sheriff's Office Professional Standard Unit has relevant records, does anyone disagree?

Respondent (not defendant) Lt. Boell keeps records of investigation of Daniel O'Keefe, does anyone disagree?

Draft Third Amended Complaint

Respondents (not defendants) Capt. Shane Strangefield and Detective Dan Smith investigated, does anyone disagree?

Respondent (not defendant) Samantha Olson was the assistant DA prosecuting me, and when she saw the video of the beating, she refused to proceed, does anyone disagree?

Greg Klepper and Morgan Guthner were involved in the beating, does anyone disagree?

Corey R. Smith, Daniel Joseph O'Keefe and Brian Carkner are wearing the deputy costumes in the video, does anyone disagree?

David O'Shaughnessy is wearing the khakis and the polo shirt in the video, does anyone disagree?

***The civil conspiracy, racketeering, misconduct, coercion***

The three kidnappings are part of a common course of conduct under a common plan, and are part of a continuing program of unlawful harassment in the nature of racketeering, does anyone disagree?

In a civil conspiracy and a crime (Official Misconduct in the First Degree), Robert D. Herndon, Jeffery S Jones, Thomas J. Rastetter and Debbei Spradley agreed with all other Defendants on a plan to make the July 2017 kidnapping and beating happen, does anyone disagree?

All Defendants took steps toward making the July 2017 kidnapping and beating happen, does anyone disagree?

All Defendants failed in their duty, clearly inherent in the nature of the office, to stop the July 2017 kidnapping and beating from happening, does anyone disagree?

Anyone would agree that the July 2017 kidnapping and beating together with the agreement to make it happen was an outrageous act, beyond all bounds of civilized behavior,

Draft Third Amended Complaint

beyond all bounds of normal or acceptable behavior, which intentionally inflicted emotional distress on strasser, does anyone disagree?

The kidnappings and beating were done for a profit, and Debbei Spradley handles the bookkeeping, does anyone disagree?

strasser tried to sit down with Debbei Spradley about the CAFR books and other information, which should all be public information, the information is public property, and Debbei Spradley failed in her duty, clearly inherent in the nature of the office, to talk to strasser about the bookkeeping and the accounts: when is enough enough, how much do you need to make on the account, can't strasser just discharge this, charge this off?

Somebody has made millions off strasser, in this system where debt is profit and profit is debt, does anyone disagree?

The motive for the kidnappings and beating was finances, does anyone disagree?

Court is a place where bonds, securities, or bailments are exchanged, does anyone disagree?

The judgments all say: State of Oregon, Creditor, Ens Legis RONALD K STRASSER, Debtor, does anyone disagree?

In the world of finance, what does that mean? It means buildings, cars, real wealth, for fake fictions; they proceed as if there were a real trial for a real crime with an injured party, when there is not, does anyone disagree?

The July 2107 beating and kidnapping was the thirteenth arraignment proceeding on that one charge (13th on 7/17/2017), does anyone disagree?

Draft Third Amended Complaint

All of those arraignments failed to ensnare strasser, the living flesh and blood man, as the fictional Ens Legis Fourteenth Amendment Citizen, they failed to establish jurisdiction, does anyone disagree?

And so the conspirators had to use force and violence to hurt strasser and attempt to coerce strasser (a felony crime) by attempting to compel and induce strasser to refrain from agreeing to be the Defendant, by means of instilling in strasser the fear that, if strasser did not agree to be the Defendant, the deputies would unlawfully beat and kidnap strasser, does anyone disagree?

All Defendants conspired in restraint of trade and commerce, does anyone disagree?

All Defendants injured strasser in strasser's business and property, does anyone disagree?

All Defendants acted with malice, does anyone disagree?

All Defendants have shown a reckless and outrageous indifference to a highly unreasonable risk of harm, does anyone disagree?

All Defendants have acted with a conscious indifference to strasser's health, safety and welfare, does anyone disagree? This is part of a campaign of harassment by a gang of Clackamas and Oregon employees, does anyone disagree?

strasser demands treble damages, do you understand?


**Cause of Action - RICO (18 U.S.C. § 1961-1964)**

Defendants are persons capable of holding a legal or beneficial interest in property, does anyone disagree?

**The Pattern of Racketeering Activity**

Draft Third Amended Complaint

There were an unknown number of Racketeers, does anyone disagree? Each Defendant may or may not also be a Racketeer; in other words, the category of Racketeers may or may not include the Defendants, does anyone disagree?

There was a pattern of racketeering activity consisting of at least two acts of racketeering activity, does anyone disagree?

The factors of continuity plus relationship combined to produce a pattern, does anyone disagree?

Racketeers committed acts of mail and wire fraud, and/or bank fraud, and/or interstate transportation of stolen property, to be determined in discovery, does anyone disagree?

**EITHER: Mail and Wire Fraud**

There were an unknown number of Recipients of the fraudulent information, does anyone disagree?

A scheme to defraud existed as follows, does anyone disagree?:

(a) Racketeers falsely represented material facts to Recipients and/or made material omissions, to be determined in discovery, does anyone disagree?

(b) Racketeers knew or believed the representations to be false and the omissions to be material, does anyone disagree?

(c) The material misrepresentations and omissions were made with the intent to induce the Recipients to rely on them, does anyone disagree?

(d) Recipients acted in reasonable reliance on the misrepresentations and omissions, to be determined in discovery, does anyone disagree?

(e) strasser was consequently and proximately injured as a result of such reliance, to be determined in discovery, does anyone disagree?

Draft Third Amended Complaint

(f) strasser's business and property were targeted by, and injured by, the fraudulent statements of Racketeers, to be determined in discovery, does anyone disagree?

Defendants knowingly participated in that scheme, to be determined in discovery, does anyone disagree?

Racketeers and Defendants used the mail or wires in furtherance of that scheme, to be determined in discovery, does anyone disagree?

## AND/OR: Bank Fraud

Racketeers and Defendants knowingly executed, and attempted to execute, a scheme or artifice to defraud a financial institution, by means of false and fraudulent pretenses, representations, and promises, to be determined in discovery, does anyone disagree?

Racketeers and Defendants knowingly executed, and attempted to execute, a scheme or artifice to obtain some of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises, to be determined in discovery, does anyone disagree?

## AND/OR: Interference with Commerce

Racketeers and Defendants obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, by robbery and extortion and attempted and conspired so to do, and committed and threatened physical violence to persons and property in furtherance of a plan or purpose to do things in violation of 18 U.S.C. § 1951(a), to be determined in discovery, does anyone disagree?

## AND/OR: Interstate Transportation of Stolen Property

Racketeers and Defendants had knowledge that certain property had been stolen or obtained by fraud, and transported the property, or caused it to be transported, in interstate

Draft Third Amended Complaint

commerce, in violation of 18 U.S.C. § 2314, to be determined in discovery, does anyone disagree?

### *The Pattern of Racketeering Activity (continued)*

The last act of racketeering activity occurred within ten years after the commission of a prior act of racketeering activity, does anyone disagree?

The criminal acts had the same or similar purposes, results, participants, victims, or methods of commission, or are otherwise interrelated by distinguishing characteristics, to be determined in discovery, does anyone disagree?

The criminal acts were not isolated events, does anyone disagree?

There was a closed period of repeated conduct extending over more than a few months, or there was past conduct that by its nature projects into the future with a threat of repetition, does anyone disagree?

### **The Enterprise**

There was an enterprise consisting of an individual, partnership, corporation, association, or other legal entity, or a union or group of individuals associated in fact although not a legal entity (with some continuity of structure and personnel, a common or shared purpose; and an ascertainable structure distinct from that inherent in the pattern of racketeering), to be determined in discovery, does anyone disagree?

The members of the enterprise were linked by more than their participation in the same pattern of racketeering activity, does anyone disagree?

Defendants were not the enterprise, in other words, Defendants and the enterprise are not one and the same, does anyone disagree?

The enterprise affected interstate and foreign commerce, does anyone disagree?

Draft Third Amended Complaint

**The Relationship**

Defendants violated one of 18 U.S.C. 1962(a) through (d) by participating in at least one of the following relationships between the pattern of racketeering activity and the enterprise, to be determined in discovery, does anyone disagree?:

(a) Investing the proceeds of the pattern of racketeering activity into the enterprise, in other words, using the enterprise to launder money generated by the pattern of racketeering activity; and/or

(b) Acquiring or maintaining an interest in, or control over, the enterprise through the pattern of racketeering activity ("an offer you can't refuse"); and/or

(c) Conducting or participating in the affairs (operation or management) of the enterprise through the pattern of racketeering activity ("crime family" or "front organization"); and/or(d) Conspiring to do (a), (b) and/or (c) above, does anyone disagree?

**The Injury**

strasser was injured in his business or property, in an amount to be determined in discovery, claimed here at $93,000,000.00, by reason of one of (a)-(d) in the preceding paragraph, does anyone disagree?:

(a) strasser was injured by reason of the defendants' investment of the proceeds of racketeering activity; and/or

(b) strasser was injured by reason of the defendants' acquisition or maintenance of an interest in or control over an enterprise through the pattern of racketeering activity; and/or

(c) strasser was injured by reason of the defendant's operation or management of the enterprise through the pattern of racketeering activity, does anyone disagree? Defendants were employed by or associated with an enterprise that engaged in or affected interstate commerce,

Draft Third Amended Complaint

does anyone disagree? Defendants operated or managed the enterprise through a pattern of racketeering activity, does anyone disagree?

strasser was injured in his business or property by reason of the pattern of racketeering activity, does anyone disagree?

The injury was not a "secondary injury" but was directly caused by reason of the defendant's conduct, does anyone disagree?

Defendants' conduct has been so significant and important a cause that the Defendants should be held responsible, does anyone disagree?

strasser discovered or reasonably should have discovered his injury less than 4 years before filing suit, does anyone disagree?

While committing these violent acts, and while conspiring, the defendants acted "under color of law" by wearing badges and by otherwise appearing and claiming to have government authority, and by doing other things to be determined in discovery and/or further Amended Complaint(s), does anyone disagree?

### *The Injury*

The above-described wrongful acts have damaged strasser in the amount of $93,000,000.00, for which all Defendants are jointly and severally liable, does anyone disagree?

### *De Facto Government*

'But there is another description of government, called also by publicists a government de facto, but which might, perhaps, be more aptly denominated a government of paramount force. Its distinguishing characteristics are:
(1) that its existence is maintained by active military power within the territories, and against the rightful authority of an established and lawful government; and
(2) that while it exists it must necessarily be [229 U.S.416, 429] obeyed in civil

matters by private citizens who, by acts of obedience rendered in submission to such force, do not become responsible, as wrongdoers, for those acts, though not warranted by the laws of the rightful government. Actual governments of this sort are established over districts differing greatly in extent and conditions. They are usually administered directly by military authority, but they may be administered, also, by civil authority, supported more or less directly by military force.'
– Thorington v. Smith, 8 Wall. 1, 9, 19 L. ed. 361, 363.

The Federal and State Constitutions have been suspended, therefore there are no lawful public offices, and the conspirators acted on their own account, do you admit or deny?

Neither the STATE OF OREGON nor the UNITED STATES exist as de jure governments; they are governments de facto, do you admit or deny?

The war powers condition is cumulative since the civil war, do you admit or deny?

WWII never ended in the states, do you admit or deny?

The judiciary act of 1948 was a wartime act, do you admit or deny?

Peace did not come with Germany and Japan until after the Korean war was started which is still going on, do you admit or deny?

UN was founded and entered into during WWII, do you admit or deny?

The statutes read as if WWII war powers are still in effect, do you admit or deny?

Since we are supposed to have constitutional protections and they ceased to exist, we can only use the fact they ceased to exist to defend ourselves, do you admit or deny?

All statutes have to be certified as constitutional by the state supreme court before they can be implemented, do you admit or deny?

strasser intends to subpoena (duces tecum) the certification of the statutes that strasser was accused of violating, by the state supreme court, do you understand?

strasser also intends to subpoena the Attorney General of the state to testify to the constitutionality of the act, do you understand?

Draft Third Amended Complaint

Without the United States, may strasser declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct? Executed on 6/16/2021.

**Rescinding and Revoking Any and All Power(s) for Attorney**

May strasser give notice that strasser hereby rescind and revoke any and all Power(s) for Attorney that strasser may have ever granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May strasser point out that strasser has never knowingly, willingly nor voluntarily granted any Power for Attorney to anyone in any court system?

Hereby, if you don't mind, strasser is disavowing and disaffirming, back to the date for infancy, does anybody disagree?

Does anybody object if strasser reserves the right to change or amend this document for errors and omissions consistent with intent? With all rights reserved without prejudice? And if strasser is misguided by conscience, then you will correct strasser, will you not?

In pursuance to 28 U.S.C. 1746, may strasser hereby declare, under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 16 June 2020, without THIS STATE, without THE STATE OF OREGON, without THE UNITED STATES ?

By:____:/s/...V.C. *strasser*, Sui Juris ARR WP___            16 June 2021
      :/s/...V.C. strasser, Sui Juris ARR WP

Draft Third Amended Complaint

And I Continue to Reserve All My Rights Without Prejudice

Plaintiff alleges:

## I.    INTRODUCTION  I pursuant to

1. Title 42 United States Code: Human Rights and Civil Rights go hand in hand. The

Plaintiff has been denied his secured, unalienable and constitutional rights, he has endured

physical abuse/assault, denial of due process(?), fraud by the court and was denied full disclosure

from defendant/parties bonded and sworn to under specific oath of office to protect the Rights of

the Plaintiff.

Plaintiff was always without the venue and having no contract with the State of Oregon and it's

private for profit courts, of which such courts are 'administrative courts,' that do not recognize

the U.S. Constitution and yet displays the 'Admiralty Gold Fringe Flag.'

The instant matter contains no controversy as all parties are in agreement to the Tort Claim(s)

filed to/with State of Oregon Risk Management and Clackamas County Risk Management,

asserting monetary damages of $850,000,000,00 (Eight Hundred Fifty Million Dollars) as

referenced herein, and with supporting affidavits, documents, etc. The Defendants  having failed

investigate the claim, having refused to rebut Plaintiff's affidavits, and/or initiate settlement, and

Defendants having a duty to respond, failed and/or refused to do so, therein agreeing with

Plaintiff and Defendant's silence equates to agreement and defendants silence establishes a

'Nihil dicit judgment,' and Defendants are in agreement with the following facts:

>   1) The Plaintiff, many times, was summoned and/or brought into such Court
>
>   under 'vi et armis,' under threat duress and coercion, into State of Oregon's
>
>   CIRCUIT COURT FOR THE COUNTY OF CLACKAMAS Case #16CR07655;

Errors and Omissions are consistent with intent,
Reserve the right to change or ammend. with newly
dis-covered-evidences

And I Continue to Reserve All My Rights Without Prejudice

2) Said CIRCUIT COURT FOR THE COUNTY OF CLACKAMAS was the 'beneficiary' for the said cause of action (commercial statutes/crimes) and whereas all officers of the State and Court(s) are Trustees.

3) Wherein this CIRCUIT COURT FOR THE COUNTY OF CLACKAMAS 'action' was commenced and the commercial charges were laid upon the name of the 'Debtor/Ens legis/Trust-Estate;' RONALD KENNETH STRASSER, an entity, wherein the State of Oregon had 'charged' 'it' by and through the D.A.'s office, for commercial business, for the Circuit Court to obtain unjust enrichment via undisclosed 'commercial charges,' fines, bonds or otherwise for the benefit of the Court, State of Oregon and otherwise.

4) Wherein the 'Administrative officer' aka; judge asked, the natural man within the courtroom; ronald kenneth strasser; are you 'Mr. STRASSER?' ('this entity'), the administrative officer (judge) in reading the charging instrument wherein the name: RONALD KENNETH STRASSER, as written is designated as a corporation pursuant to Title 15 USC and not addressed to the natural man present, this is NON FULL DISCLOSURE to trick the Plaintiff, to unknowingly make 'joinder' with the entity as to volunteer and to be the liable, culpable and responsible party. The Plaintiff stated, "No! I am not Mr. STRASSER" (meaning the corporate entity named on said presentment).

5) At which point, it is presumed that the administrative officer (judge) gave a signal to security (Sheriff deputies) of which then Sheriff deputy O'keefe came to Plaintiff and grabbing Plaintiff's arm, twisting it and forced him to the floor, started to beat upon Plaintiff when four (4) or more other deputies came to where Plaintiff was on the floor and joined in, in assaulting and aided in beating Plaintiff,

3

And I Continue to Reserve All My Rights Without Prejudice

while on the floor, inflicting great pain, etc., (as detailed in Plaintiff's affidavit #

10192018-5/AFF/RKS) in front of witnesses and on camera. Note; that no crime

had been committed and no statutory violation had occurred.

6) Said assault and beating upon Plaintiff was reported in 'The Oregonian--

OregonLive Newspaper article dated April 18, 2018 by Noelle Crombie, where in

reported; "…(Officer) O'keefe asked his supervisor, Sgt. Corey Smith, to be

assigned to the courtroom where Strasser's case would be heard so he could assault

him…" (Attached hereto).

7) Affidavit of Julian Tavera, Item # 08262018-1/AFF/JT/RKS witnesses the

assault and battery upon Plaintiff. (Attached hereto).

8) In a co-related Federal US District Court – Portland Division, Case **No. 3:18-**

**cv-2060** Complaint, Plaintiff, was a Clackamas County Sheriff Officer, and stated

on page 4, paragraph 15.; "Plaintiff overheard Deputy O/Keefe (hereinafter,

"Okeefe") ask(ed) Smith to be assigned to the courtroom where Ronald Strasser

would next appear so that O'Keefe could "beat the shit out of him." …and a

similar statement was made on page 9, under Count 3, sub-paragraph F. …and on

page 13, paragraph number 65, it states; "Plaintiff witnessed the conspiracy to

battery and thereafter the violent assault on a crippled-RKS ~~disabled citizen~~, Ronald-Kenneth RKS ~~Strasser~~."

Eighth Article of Amendment to the 'Bill of Rights' pertaining to 'cruel and

unusual punishment' may apply herein.


## II. JUSRIDICTION AND VENUE

2. This is an action for violations of the United States Constitution, code statues, agency rules RKS brought under in pursuance with 42

U.S.C. § 1983. This court has original jurisdiction over Plaintiff's federal claims in pursuance-with RKS under 28 U.S.C.

And I Continue to Reserve All My Rights Without Prejudice

§§ 1331 AND 1334(3) AND (4). This court also has supplemental jurisdiction over Plaintiff's

state claims pursuant to 28 U.S.C. § 1367.

3. Venue is proper in Oregon's federal court in this division, pursuant to 28 U.S.C. §

1391(b), because the events giving rise to Plaintiff's claims arose within this district.

4. Plaintiff timely provided and filed Defendant State of Oregon, to the Governor's

Office, and to State of Oregon Risk management, and to Clackamas County Risk Management

with a written tort claim notice9s) pursuant to ORS 30.275, see below.


**III. THE PARTIES**

5. At all times herein, Plaintiff was and is a̶ sentient being, man-on-the-land

a bloodline-descendant from the Mother-land, a Christian-man living in Oregon de jure, striving to be in peace,

having physical impairments and PTSD at the time of the actual events as witnessed and

captured on camera.

6. At all times herein, CLACKAMAS COUNTY CIRCUIT COURT is a corporation and

a sub-corporation of the parent corporation; State of Oregon/STATE OF OREGON and are both

artificial corporate entities and all of its officers and/or employees are acting and employed

within and by such entities, in their private and public capacity, and are under 'oath of office'

and bond(s) …are not to harm or injure, to whom they serve as Trustees, and they, the people

(Plaintiff), in the exercise of their/his Rights, are above the so-called government(s), having all

power; Oregon Constitution, Article I, Section 1, and in regards to HALE v HENKLE, 201 U.S.

43 @ pg. 74 (1905). Also note;

> "No action can be taken against a sovereign in the non-constitutional courts of either the
>
> United States or the state courts and any such action is considered the crime of Barratry.
>
> Barratry is an offense at common law."  — State vs. Batson, 17 S.E. 2d 511, 512, 513.

And I Continue to Reserve All My Rights Without Prejudice

"The county court is no longer a constitutional court: Fehl v. Jackson County, in re Will of

Pittock, 102 Or. 159, 199 P., 2020 P. 216, 17 A.L.R. 218. (...as applied to Clackamas

County Circuit Court)

"... an officer may be held liable in damages to any person injured in consequences of a

breach of any of the duties connected with his office... The liability for nonfeasance,

misfeasance and for malfeasance in office in his "individual," not his official capacity..."

— 70 Am jure 2nd Sec. 50, VII Civil liability. (As applied to all defendants)

7. At all times all Defendant(s) were employed by their respective State, State office(s) or

County and/or County office(s) and at times did not act within the scope and course of their

employment, as Trustees, under color of law, in violation of their oath of office, or of their

position and duties to the people/Plaintiff.

8. The Tort Claim(s) as sent/filed to State of Oregon Risk Management, and to

Clackamas County Risk Management that detailed the acts ~~complained~~ duly-noted of, supported by

affidavits, and otherwise as stated herein and as attached to said tort claims and listed the tort

feasor's (the defendants herein) and with monetary damages asserted/claimed.

## IV. FACTUAL ALLEGALTIONS

9. Plaintiff caused to be delivered duly notice of Tort Claim to; Risk Management Enterprise

Goods & Services – Atten; Michael Baker, Item # 08052018-1/TC/RKS by Registered Mail #

RB182 990 372 US, signed for by Ryan Chamberlon (sp) on or about September 28, 2018, with

follow up letter assigning Claim Number L163705.

10. With a Second duly Notice of Tort Claim to Clackamas County Risk Management/Kim

Ybarra, Item # 02262019/TC/RKS, by Registered Mail # RB 182 990 925 US, signed and

And I Continue to Reserve All My Rights Without Prejudice

received 3-6-19, and follow up Notice of Tort Claim mailed certified mail # 7018 0680 000 5258

5645, received and signed for by J. Gibson on 5-28-19.

11. With a Notice of Tort Claim to Risk Management Enterprise Goods & Services –

Atten; Michael Baker via registered mail # RF 134 473 475 US, received on or about January 3,

2019.

12. With follow-up letter to State of Oregon Governor, as a courtesy, to appraise her of

the tort claim for hopeful speedy settlement, certified mail # 7018 0680 0000 5258 5447.

13. In this mater, all defendants received all notices of tort claims, etc., and Risk

management issued claim number L163705, seeking monetary damages at $850, 000,000.00

(Eight Hundred Fifty Million Dollars), but Defendants then fell silent, refused to communicate,

failed and refused to return tort claim within the three (3) rule, and refused to initiate settlement.

14. Silence equates to agreement and defendants silence establishes a 'Nihil dicit

judgment,' and under necessity, this matter is properly before this Court because it is a court of

general jurisdiction and all of the claims in the complaint arise under Oregon State Law, the

Oregon Constitution, federal ~~statute~~ Code &&, the United States Constitution contract and/or common law, and

because all events described herein occurred in Clackamas County, Oregon inside a Clackamas

County ~~court~~ tribunal or room with witnesses and on camera.

## V. CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### COUNT 1

### Against STATE OF OREGON

15. Plaintiff adopts paragraphs 1 through 14 by reference.

16. Plaintiff, in good faith reported the criminal conduct, assault and violations to the

appropriate State and County offices by and through said tort claim(s) seeking settlement via

7

defendants Risk Management Office(s) with their obligation to settle Plaintiff's claim, than being

subject to the total amount claimed therein and herein, to avoid court, and to save time for all

concerned …including but not limited to this Court now at this time.

17. That, in light of defendant's assigning a claim number to Plaintiff's tort claim and

defendant's dishonored and defaulted position based upon their failure and refusal to

communicate, respond, etc., defendant's  are without right to come into the Court to defend their

default and dishonor, and being in agreement to all unrebutted affidavits that stand in the record

of this matter as fact, and via 'Rectum rogare:'

18. Plaintiff ~~prays to~~ *RK seeks* this Court for an Order ordering defendant State of Oregon by and

through its Risk Management and/or insurer, if any, and/or by and through said defendant(s) in

their private capacity(ies) to pay the sum certain amount as agreed for the for the ~~55 days~~ of *RK wants-plus*

unlawful incarceration damages ONLY *as well as so-called-(Cout-appearances +dc*, at $93,000,000.00, pursuant to; TREZEVANT V. CITY

OF TAMPA, 741 F.2nd 336 (1984) to apply to and cover said assault and beating on  the court

room and other ~~violations~~ *crimes &xs*, injures, or otherwise, …~~so~~ Plaintiff ~~prays~~ *RK seeks* for the Courts order

to defendant(s) to pay an 'ordered' stipulated settlement at 10% …therein being $9,3000,000.00

(Nine Million Three Hundred Dollars) USD to Plaintiff.

*And I Continue to Reserve All My Rights Without Prejudice*

Respectfully submitted this ⸱2⸱ day of ⸱Ju/y⸱               2019.

*errors, and omissions are  consistent*
*with-intent reserve the right to-change*
*or amend-newly - Trezevant - evidences*

By: /s/ *Ronald-Kenneth:Strasser*
*non-resident-alien*
P.P. Ronald-Kenneth:Strasser, sui-juris
℅ 17200 southeast stark street
non-domestic
Portland,
Oregon, *multnomah, county*
zip exempt

**Exhibits**:
The Oregonian--OregonLive Newspaper Article on April 18, 2018 by Noelle Crombie.

And I Continue to Reserve All My Rights Without Prejudice

## CERTIFICATE OF SERVICE

I hereby certify that on the date last set forth below, I served the foregoing document,

1 $ copy Affidav.T for Julian OP262018-1
1 B copy of Notice of Tort claim 1019.2018-2
1 3 copy Second, Notice Tort claim 02.26.2019
1 3. copy follow-up letter to staff of oregon Governor
1 3 Proof of Service & Certified of Service
1 Complaint in the Nature of an Ex-parte
Certified Proof of Service. Service was by hand-fixem
Application forma Pauperis - To Risk Manag-Kots Brown-DAS director
  1 document list

in a sealed first class postage envelop by united States Postal Service mailed from !
Oregon, on the date set forth below.

DATED: 3 July, 2018

And I Continue to Reserve All My Rights Without Prejudice

by: ronald-Kenneth : sTVesSeN T.D.C

'Certified'
# **Proof of Service**

I, Robert Kelly, the Authorized Representative of ronald kenneth strasser, herein certify by my autograph below, that I served the following document(s):

<u>Response letter to D.A.S./ RISK MANAGEMENT's unsigned letter(s) in regards to ronald kenneth strasser's Tort Claim number L163705 in regards to status of same and to their letter to Robert Kelly via DAS determination of no legal standing / Item # 11202018-2/RM/RKS.</u>

The same sent To:

Risk Management
Enterprise Goods & Services
Dept. of Administrative Services
1225 Ferry Street SE U150
Salem OR  97301-7337

By U.S.P.S. 'Certified' Mail # 7017 2400 0001 1523 7963 on November 21, 2018

...and 'CC'd to:

| | | |
|---|---|---|
| Office of the Chief Operating Officer -Katy Coba / DAS Director Executive Building 155 Cottage Street NE Salem, OR 97301 | Risk Management Enterprise Goods & Services Atten; Michael Baker PO Box 12009 Salem OR  97309 | Kate Brown – Governor Office of the Governor 900 Court Street NE, Suite 254 Salem, OR 97301-4047 |

By U.S.P.S. 'First Class Mail' mailed on November 21, 2018

I, _Robert Kelly_, declare under the penalties of perjury of the laws of the United States of America that the foregoing is true, correct, complete and certain and that I/m not a party to this matter.

_Robert Kelly_
signature of server

Witnesses: _Cynthia M Brewer_     Date _Nov. 21, 2018_
CYNTHIA M BREWER
Printed name

_Robert J. short_     Date _NOV, 21st 2018_
Robert J. Short
Printed name



Robert Kelly
Authorized Representative
For: Ronald Kenneth Strasser
C/O PO Box 3096
Central Point, Oregon
Private / Non-Domestic [ 97502 ]

Certified Mail Number: 7017 2400 0001 1523 7963

Risk Management
Enterprise Goods & Services
Dept. of Administrative Services
1225 Ferry Street SE U150
Salem OR 97301-7337
...et al & and all verisimilitudes

November 21, 2018

**RE:** Response to letter from D.A.S./OREGON RISK MANAGEMENT – Enterprise Services; in regards to Ronald Kenneth Strasser's Tort claim / Claim Number L163705 / Claim Amount; $850,000,000.00 (Eight Hundred Fifty Million) and response to NO LEGAL STANDING as to Robert Kelly as Authorized Representative for Ronald Kenneth Strasser / ronald kenneth strasser.

Notice to Principal is notice to agent – notice to agent is notice to principal

Dear Katy Coba (C.O.O.), Shelly Hoffman (Manager) & Michael Baker (Claim Adjuster), et al:

In regards to your unidentified/unsigned letter dated November 5, 2018 as sent to RONALD KENNETH STRASSER, the Ens legis/Trust/Estate, in and for the private man; ronald kenneth strasser, please be advised of the following:

1) The mention of State of Oregon, Yamhill County, Multnomah County, Clackamas County, Yamhill County Sheriff's Office, Portland City Police, was to give notice of the unlawful actions engaged upon ronald kenneth strasser otherwise known as Rape-Pillaged and Plunder by Oregon's 'color of law' corporate legal system over many years. In no manner was those other Counties named in the current tort matter.

2) Per your comment to "a claim against the State of Oregon," and reference to ORS 30.275, please note that your statute(s) state; "(4) "Public body" means; (a) The State and any department, agency, board or commission and any <u>instrumentality</u> thereof. Note; ... <u>Instrumentality rule</u>. "...where a corporation (subsidiary is so organized and controlled and its affairs so conducted as to make it only an adjunct and instrumentality of another corporation (parent corporation), and parent corporation will be responsible for the obligations of its subsidiary. (Black's Law Dict., 6th edition, page 801). State of Oregon DUN'S Number; 932534998.

3) (5) "State" means the state <u>or any branch</u>, department, agency, board or commission of the state.
Are not the 'Counties' a branch <u>of</u> the State? Are not the Counties an 'agency' of the State? Do not the Counties pay over collected taxes to the State of Oregon? ...and if so, is not Clackamas County then an 'agency' <u>of</u> the State of Oregon ...'of' implying (defined as) 'belonging to.'

4) The information as presented in the Tort claim(s) filed, were at least three of the most recent one to be concerned with was sent USPS Registered Mail, Number RE 250 137 381 US, Dated 10-19-2018, and the specific information as you mentioned was, in accordance. To ORS 30.275, in that the Tort Claim Notice did describe the date, time, place, circumstances of the incident and the named tort feasors. Please note the rule is; 'substance over form!'

Please note that a final Affidavit was sent to your DAS Office by Registered Mail, Number; RE 041 618 393 US, Dated Oct 20, 2018, having the ID Item number; 10192018-5/AFF/RKS.

Please be advised that as of the date of your office receiving this communique, the Affidavit as referenced above, has not been rebutted and is to be construed as 'fact in the record of this matter.'

As to your comment as your letter to ronald kenneth strasser in regards to myself as his 'Authorized Representative' as well as your 'unsigned' letter to me dated November 5, 2018 on the same issue, please note:

1) ronald kenneth strasser 'appointed' me as his authorized representative, in the nature of one having P.O.A. to assist him in his tort claim issue. in that we are working on this together .
2) ronald kenneth strasser exercised his right to do so pursuant to Article 1, Section 1 of the Oregon Constitution (your compact/contract) i.e.; "…the people have all power…" and he, being one of the people exercised that power in his Sovereign capacity, within his right to contract. [is it your admission and confession that you and your office (DAS) is denying and/or impairing ronald kenneth strasser's right to contract and appoint whomever he sees fit to assist him in his tort matter?

Also note; due to the current commercial 'Public Policy' brought on by the U.S. Bankruptcy (1933) wherein U.S., Inc., the States and Counties are insolvent; the UCC, as 'Federal Common Law" states that One has a "…Right to a remedy without the use of a tribunal…" UCC 1-201(34) …as applied herein to ronald kenneth strasser tort matter.

Both STATE OF OREGON and D.A.S./RISK MANAGEMENT are 'Trustees' and as trustees, you are well aware that you are not to injure the beneficiary; ronald kenneth strasser and stultifying his Tort claim, as the/a Beneficiary would be construed as an injury.

We presume you well understand the severity of ronald kenneth strasser's claim of being assaulted and beaten on the courtroom floor with witnesses, on camera, having PTSD and certified as being crippled, all the while with having not violated a law nor injuring another man in the courtroom.

Ronald Kenneth Strasser / ronald kenneth strasser reserves all his rights at all times and waives no rights at ant time.

I/We thank you in advance for your time in this matter and I remain,

Sincerely,

All Rights Reserved /

Robert Kelly, Authorized Representative
For Ronald Kenneth Strasser / ronald kenneth
strasser, the sentient living sovereign man
upon the land.

CC:

Office of the Chief Operating Officer
Katy Coba / DAS Director
Executive Building
155 Cottage Street NE
Salem, OR 97301

Risk Management
Enterprise Goods & Services
Atten; Michael Baker
PO Box 12009
Salem OR  97309

Kate Brown - Governor
Office of the Governor
900 Court Street NE, Suite 254
Salem, OR 97301-4047

Errors and omissions consistent with intent.

# AFFIDAVIT

## of Julian Tavera

### In regards to Witnessing the Beating of ronald kenneth strasser in in the Clackamas County courtroom

"Indeed, no more than (affidavits) is necessary to make the prima facie case."
United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 1981);
Cert Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982

NOTICE TO AGENT IS NOTICE TO PRINCIPAL - NOTICE TO PRINCIPAL IS NOTICE TO AGENT

The undersigned, Julian Tavera, herein Affiant, a living breathing man, being first duly sworn, depose, say, declares and states that he is of legal age and is competent to testify to on belief and personal knowledge that the facts set forth herein as duly noted below are true, correct, complete and presented in good faith and to the best of my knowledge and belief and not meant to mislead.

Affiant does hereby state, state the following:

1. THAT, on July 6, 2017 I was at the Clackamas County Courthouse, in the court room where Ronald Kenneth strasser was present for a hearing.

2. THAT, at about 10:10 I heard the D.A. call Ronald's name and pointed at him and said "there he is; Ron strasser."

3. THAT, then I heard Judge Jones call for 'Mr.' Ronald Strasser, at which Ronald Strasser relied; "I am here in regards to this matter, my name is not Mr. Ronald Strasser."

4. THAT, I saw the Deputy go over to Ronald Strasser pull his hair, grab and twist his arm, assaulted him, throwing Ronald to the floor and twisting his arm and leg causing extreme pain that Ronald was screaming out in pain and heard Ronald scream; "please you're going to break my leg and arm."

5. That, I ten saw two other Deputies come and go to where Ronald was on the floor being assaulted and the Deputies joined in the assault on Ronald in grabbing, pulling, hitting Ronald which appeared to be all over his body.

6. That, then the Deputies picked Ronald up off the floor and carried him out of the court room.

7. That, Ronald Kenneth Strasser is always was present at his court hearings.

Further Affiant Sayth Not.

Done this 17 day of Sept, 2018 A.D.

_Julia Tavera_
Julian Tavera - Affiant

Oregon STATE )
) Scilicet
County of Wash )

**ACKNOWLEDGEMENT**

SUBCRIBED TO AND SWORN before me this 17 day of Sept, A.D. 2018, a Notary, that <u>Julian Tavera</u>, personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same and executed the foregoing under penalty of perjury, as God is my witness.

_Wenonah James Blanchette_ Seal;
Notary Public in and for said State
My Commission expires: 3/15/2020

OFFICIAL STAMP
WENONAH JAMES BLANCHETTE
NOTARY PUBLIC - OREGON
COMMISSION NO. 947817
MY COMMISSION EXPIRES MARCH 15, 2020

**Notice**; 1) A matter must be expressed to be resolved. 2) In Commerce Truth is Sovereign. 3) Truth is expressed in the form of an Affidavit. 4) An un-rebutted Affidavit (each enumerated point stands as True/Truth in Commerce. 5) Rebuttal affidavit must be signed under "penalty of Perjury," 6) An un-rebutted affidavit becomes the judgment in commerce, a 'Nil dicit Judgment.' 5) The Party(ies) silence in refusing or failing to rebut equates to their silence, and silence equates to agreement (confessed judgment) to the facts herein.

FOR REFERENCE ONLY:

Non Rebutted Affidavits are "Prima Facie Evidence in the Case , — "United States vs. Kis, 658 F.2d, 526, 536-337 (7th Cir. 1981),

An affidavit uncontested unrebutted unanswered —Morris vs. NCR, 44 SW2d 433 Morris v National Cash Register, 44 SW2d 433: "An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law,"

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior... This sort of deception will not be tolerated and if this is routine it should be corrected immediately." — U.S. v. Tweel, 550 F.2d 297, 299. (5th Cir. 1977) See also U.S. v. Prudden, 424 F.2d 1021, 1032, 1033 (5th Cir. 1977); Carmine v. Bowen, 64 A. 932 (1906).

# Proof of Service

I, <u>Ronald Kennth Strasser</u>, a private man, under necessity, served the following document(s):

1) *duly notice of tort claim  8 pgs*
2) *Affidavits for Ronald-Kennoth: Strasser 11 pgs*
3) *Points & Authorities  18 pgs*
4) _____
5) _____
6) _____
7) _____
8) _____
9) _____

**To:** *Shelly Hoffman*

Risk Management
Enterprise Goods & Services
Shelly Hoffman, Manager/Supervisor/Claims
1225 Ferry Street SE U150
Salem, Oregon    by 97301

☐ By U.S.P.S. First Class Mail on _____ _____, 2018
☐ By U.S.P.S. Certified Mail # *RF 134 473 475 US* ____ on
*By Registered* _____, 2018
*21 December*
☐ Personal Service to/at; *Shelly Hoffman, Enterprise Good & Services*
*1225 Ferry Street SE U150*
*Salem, Oregon   by 97301*

I, <u>Ronald Kennth Strasser</u>, declare under the penalties of perjury of the laws of the De-
jure united States of America that the foregoing is true, correct, complete and certain and
executed without the UNITED STATES on this *21st* day of
*December* _____, 2018.

All Rights Reserved

And I Continue to Reserve All My Rights Without Prejudice

by: *ronald-Kennzth: Strasser, sui juris*
~~signature~~ of server *autograph*

## CERTIFICATE OF SERVICE

I hereby certify that on the date last set forth below, I served the foregoing document,

duly notice of tort, claim -8 pgs
Points & Authorities In support for notice of tort 18pgs
Affidavit For Ronald-Kenneth:strasser 11 pgs

RF 134 473 475 US

in a sealed first class postage envelop by united States Postal Service mailed from Portland
Oregon, on the date set forth below.

DATED: 30 Dec, 2018.
ember

And I Continue to Reserve All My Rights Without Prejudice

by: ronald-Kenneth:Strasser sui juris
By:

Page 5.

Robert Kelly
Authorized Representative
c/o POB 3096
non-domestic
Central Point, Oregon near [97502]
For Ronald Kenneth Strasser
non-resident-alien
c/o 8800 southeast 80th avenue
non-domestic
Portland, Oregon    zip-exempt

Registered Mail Number: RE 250 137 381 US

RF 134 473 475 US

# duly notice of tort claim

Fiat Justitia, Ruat Coelum; "Let right be done, though the Heavens should fall."

Risk Management
Enterprise Goods & Services
Atten; Michael Baker
PO Box 12009
Salem OR 97309
For State of Oregon and all verisilimitudes...

| Applicable to Universal Jurisdictions |
|---|
| - A SECURITY (15 USC) - |
| COMMERCIAL AFFIDAVIT - U.S. S.E.C. |
| TRACER FLAG - NOT A POINT OF LAW - |
| TRACER Flag No. 08052018-1/RKS |

October 19, 2018

**RE: duly verified notice** of tort, a private or civil wrong for injury, action for bad faith breach of contract, claim against STATE OF OREGON and certain other officers and officials in their Public agency and private capacity of/with Clackamas County, as tort feasors with said tort claim made by ronald-kenneth:strasser, a private sentient siriene man, IN RE; STRASSER RONALD KENNETH (Ens legis/TRUST-ESTATE) - CASE NUMBERS; 15AD01964, 17CR44609, 16CR51766, 16CR07655, and any other State of Oregon cases under necessity, Claim # L163705.

Notice to Principle is notice to agent and Notice to agent is notice to Principal
Equality in the law is Primary and mandatory by law.
Pursuant to 8 federal Register, pg. 12266 SS 404.104(g )C11.3

Dear Michael/ Risk Management:

    This is timely notice of tort action, for claim of RONALD KENNETH STRASSER – Trust/Estate – by the private sentient man/beneficiary; Ronald Kenneth Strasser (ronald-kenneth:strasser), real party in/of interest pursuant to (FRCP 17) (injured party), the corpus delicti, for the blatant and violent and injurious act(s) or otherwise from premeditated as listed below, caused and committed by the following tort feasors, in their public and individual/private capacities:

Governor of the State of Oregon Kate Brown,
CLACKAMAS COUNTY OFFICIALS (County Commissioners),
CLACKAMAS COUNTY CIRCUIT COURT OFFICERS, JUDGES; Robert D. Herndan,
Jeffery S Jones and Thomas J. Rastetter,

---

Debbei Spradley – Trial Court Administrator and associates and all Clerks of Court,

CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote,

Assistant D.A. Christopher K. Haywood, OSB #163984 and assigns,

CLACKAMAS COUNTY SHERIFF, Craig Roberts, including but not limited to its Department of Correction/Jail/Personal,

CLACKAMAS COUNTY UNDER SHERIFF, Dave M. Ellington,

CLACKAMAS COUNTY SHERIFF DEPUTY'S; Daniel Joseph O'Keefe and Greg Keppler in his Public and Private capacity and all other deputy's, directly and indirectly involved, and Administrator Donald Krapp, Chief Executive Officer, Deputy Laurel Butman, and Commissioner Ken Hamberston, "in equal fault' (Black's Law Dict., 5th Ed, pg 711, also see 42 CJS indemnity Sub Section 27.

…and John and Jane Does 1 to 100, et.al.,

**The premeditated and violent injurious acts are as listed below:**

1) Violation of First Amendment,
2) Constitutional impermissible application of statute(s),
3) Deprivation of (secured) Rights (Right to Life, Liberty and pursuit of Happiness), and of unalienable Rights, under color of law, collusion and conspiracy against rights (1st Amendment, 4th Amendment, 5th Amendment, and 6th thru the 13th etc.),
4) Conspiracy against Rights, pursuant to title 18 ss241ss242,Title 42 ss1983,1984,1985,1986
5) Wanton infliction to administer physical pain with injury
6) Excessive use of force/ police brutality, negligence, misfeasance, willfully intent, defamation, done with purpose, malice of fore-thought,
7) Bodily attack, assault and police abuse (beating in court, with witnesses, on camera) injury to the corpus delicti,
8) Intentional infliction of emotional distress and mental anguish - 28 USC Sec.1331& 1343 (a),
9) Police negligence, done with purpose of malice of forethought,
10) Unlawful arrest and unlawful incarceration (over 170 days),
11) Kidnapping,
12) Lack of personum jurisdiction,
13) Lack of subject matter jurisdiction,
14) Actual fraud, constructive fraud, fraud in factum,
15) Obstruction of Justice,
16) Defamation of character; including but not limited to Liable and slander,
17) Exceeding scope of jurisdiction and statutory authority by changing custody status,
18) Undisclosed imposition of Martial law within Clackamas County Circuit 'Admiralty' Court,
19) Failure of prosecutor, for the State, to produce the Maritime contract, or any validated verified complaint from and injured party or that of damaged property.
20) Violation of 'Oaths of Office,' of the respective 'officers' (of the contract – not to violate the rights of ronald-kenneth, – see in relation #2 above).
21) Violation of the equal protection of the laws – see Note # 2 below.
22) Violation of Article 1, Section X by Court Officers in respect to their 'oath of office.'
23) Trust fraud – by the above public officers, etc., within their public office, in their private capacity, under oath of office, in relation to the national Emergency/U.S. Bankruptcy (1933), with the transition to 'public policy,' said public officers are 'Trustees,' and as such, aside from their respective 'oath of office,' as trustees they are not to injure the beneficiaries; i.e.; ronald-kenneth:strasser, dejure…but did so with impunity, by non-disclosure and fraud (see attached Affidavit in support of tort,claim).
24) Violation of U.S. Constitution – Article I Section X – within operation of so-called Courts (administrative court(s)) in violation to 'all' oaths of office(s).
25) securitization of the action/commercial charges equated into bond(s) per the

judgment of the administrative officer/judge per 'joinder' of ronald-kenneth, by trickery to be the

liable party.

26) Committing the act of "peonage" "personage' and "barratry," ...the crime of knowingly bringing false

claims into court against the ESTATE; (RONALD KENNETH STRASSER) of a "dead thing;" not I, ronald-kenneth:strasser a flesh and blood sentient (tangible) man who was standing

right in front of the judge in the instant matter, being falsely named as "DEFENDANT" as the 'NAME' on the commercial charging instrument/complaint is the/a CORPORATE ENTITY, an ens legis; "A creature of the law; an artificial entity, as contrasted with a natural man, applied to corporations, considered as deriving their existence entirely from the law. Black's Law Dict., 6th Ed., page 530.

27) Stultification of claimant's 'right of action,' by County officers (DA Assistant) acting, stating that "They, found no wrong doing by the Deputy (Daniel Joseph O'Keefe)" in respect to the assault and beating.

That on or about 6 July 2017, sometime after 9:00 A.M., at/in CLACKAMAS COUNTY CIRCUIT COURT building/Clackamas County Court building (re; Case No. 16CR51766) within the court room displaying the Admiralty flag of martial jurisdiction in an 'administrative hearing/session, administrating the bankruptcy, 'national Emergency,' though not disclosed to the natural sentient man; ronald-kenneth:strasser, with the alleged charge(s) laid/charged against the ens legis Trust entity; RONALD KENNETH STRASSER,)STRASSER RONALD KENNETH within the County of Clackamas, Inc., State of Oregon, Inc., claimant; ronald-kenneth:strasser was yet seated outside the Bar in court room 1#, in the second row, first seat when the deputy district Attorney Sara A. Brooks, OSB #133105, had said case NO.16CR51766, STATE OF OREGON vs. RONALD STRASSER and the Circuit Court Judge Jeffery S. Jones did state to ronald "are you MR STRASSER?"

· ronald at that time said "no I am, not, but I am, here in regards to that matter, and Judge Jeffery S Jones then did state "well ok, then it will be a $25,000.00 'resisting arrest'"; and then ronald, did stand up, to say excuse me, what did you say, "pardon me, pardon me sir?" ...and again 'administrator, Judge Jeffery S Jones did say "that will be a $25,000.00 warrant," and then at that time, Clackamas County deputy sheriff Daniel Joseph O'Keefe / DANIEL JOSEPH O'KEEFE went over towards ronald and pointed his arm and hand at ronald who was yet or still outside the bar and did say to ronald three times; that, you are MR. STRASSER; you know you are MR.STRASSER; you are sitting right their MR STRASSER. **Note**; that, the 'administrator, Judge Jeffery S Jones / JEFFERY S JONES did not at any time cause to be delivered to ronald by the bailiff the Warrant for ronald to accept for value and return it to the bailiff for settlement and closure of the commercial charges laid against the ens legis Trust entity; STRASSER RONALD KENNETH.  ·

Then, without probable just cause, deputy sheriff Daniel Joseph O'Keefe, DANIEL JOSEPH O'KEEFE did walk over to ronald, grabbed his hair and twisted ronld's arm behind ronald's back and then slammed ronld, down forcibly onto the floor; and then, commenced to and did beat ronald senseless and un-conscience committing assault and battery and deputy Daniel Joseph O'Keefe, DANIEL JOSEPH O'KEEFE, forced his knee into the right side of ronald, [ **According to The Oregonian Newspaper article by Noelle Crombie, entitled; Deputy's alleged beating of defendant in court prompts investigation,** it was reported that (O'Keffe) "**the deputy said he then delivered "10-12 knee strikes" to Strasser's side and back.**" Also reported; 'Joe' Manley said Stasser's encounter with O'Keffe after

O'Keeffe asked his supervisor, Sgt. Corey Smith, to be assigned to the courtroom where Strasser's case would be heard so he could assault him. STRASSER is known to deputies at the court building, Manley said. At the time, Manley said he was in the sheriff's court office watching monitors of surveillance footage when Strasser appeared on one of the screens. "I just want a reason to beat the crap out of him," Manley recalled O'Keeffe saying that day. "He's going to give it to me." Manley recalled that Smith said OK. Manley said O'Keeffe bragged about the altercation later that day. ] smashing his rib's, his head with his elbows and forearm, as a weapon, pulling ronald's hair from his head and beard, while Deputy Daniel J O'Keefe, DANIEL J O'KEEFE was screaming "give me your right hand or I will Taze you, ronald, replied I can't you have my hands I cannot move them, and at that time, six (6)other Clackamas County Deputies did come into the courtroom and went to ronald, he was not moving, completely subdued on the floor when the five (5) of them again began to apply tortuous, physical locks and pressure holds on ronald's legs with such force in an attempt to break the right leg of ronald and his left arm and wrist, when ronald screamed out (Tortis viribus) as loud as he could yell, to the so-called peace officer's deputies due to unrelenting pain and force; "please you're going to break my leg and then the same was done to his left arm and I ronald, screamed (Tortis viribus) out loud again my left wrist and arm "you're going to break-it." Then, the other deputies continued the assault and battery on ronald, jerking and injuring his, arms, wrist, legs, head, throat, ribs and all over his body.

That daniel joseph O'keefe, did, after assaulting me and upon being forced into the dungeon-cage, in the basement of the court building, did stand outside the cage taunting at me, laughing at me and mocking my so-called beliefs, in the Constitution, which he stated hows it working for you now? i did not respond  and i did request the camera footage from those moments to, none was provided.

That, ronald, at no time ever attempted, to protect himself, as he was mercilessly beaten into unconsciousness by deputy Daniel Joseph O'Keefe, DANIEL JOSEPH O'KEEFE and the other deputy's, Greg Kepplar/law enforcement officers, deputy Daniel J O'Keefe says that 'Mr. STRASSER' your under arrest. Note; no crime was committed by ronald (no injured party and/or no damaged property) (See; the Strasser court video combined with audio 2mpg in the record of the court, incorporated herein and made a part hereof by this reference)

That, ronald, has been diagnosed with P.TSD (post-traumatic stress disorder) from legal abuse syndrome, being abused by Clackamas County the first time, Multnomah County and Yamhill County officers and officials since 1974, and ronald has had four operations on his right leg and two on his left leg, ronald has been classified disabled and has a prolapsed rectum caused by the beating, the trauma, from the tyranny and oppression, damage to the ulna nerve, from the assault and beating and caused injury to the shoulders, throat, arms, hips, legs and cause injury to the corpus delicti.

Also, ronald, again was injured, when safeguards from the first amendment to the bill of rights were ignored by administrator/judge, Jeffery S Jones / JEFFERY S JONES, District Attorney, Sheriff Deputies, etc., however in this case matter the State of Oregon by and through the D.A./prosecutor failed and/or refused to prove jurisdiction.

That, said assault and beating was in the Clackamas County Circuit Courtroom, on camera, with four (4) other female witnesses, now in evidence, made a part herein, seated outside of BAR and Julian Tavera (affiant),  and ronald i.e., the injured party, was there, under threat, duress, coercion under *vi et armis* (under force and arms).

That, was, mailed a certified letter (#7017 2400 0001 1523 1244) on July 10, 2018 entitled; 'REQUEST FOR PUBLIC DOCUMENT(S) DISCLOSURE IN THE NATURE OF A 'FOIA.'' To John S. Foote, District Attorney for Clackamas County of which his reply was …send $102.00 for a copy of the court file of all documents and filings!

That, was, mailed a second certified letter (#7018 0680 0000 5258 5294) on August 20, 2018 'REQUEST FOR PUBLIC DOCUMENT(S) DISCLOSURE IN THE NATURE OF A 'FOIA.'' To John S. Foote, District Attorney for Clackamas County of which his reply was a copy of his previous response …send $102.00 for a copy of the court file of all documents and filings! copies of his 'REQUEST FOR PUBLIC DOCUMENT(S) <u>attached hereto</u>.

At all times per this matter the State of Oregon and Clackamas County by and through District Attorney John S. Foote failed and refused to prove personum and subject matter jurisdiction over the sentient man; Ronald-Kenneth:Strasser, supported by previous 'Affidavit of Default' filed in this matter -- Case #16CR07655 and by and through said District Attorney John S. Foote; failed to prove certain essential elements of fact and in actuality were never established per the D.A.'s failure to prove jurisdiction so there was no lawful cause of action, as no other natural man, was injured and no property was damaged as applied to the common law, and if District Attorney John S. Foote had proven jurisdiction the essential elements would have been established to support the cause of action as filed against the Trust/Estate; STRASSER RONALD KENNETH, ens legis, as none was presented to ronald-kenneth, whom, <u>never consented nor agreed</u> to assume the liability filed and/or imposed upon the Trust/Estate; RONALD KENNETH STRASSER, ens legis and ronald does not believe any such jurisdiction or essential elements existed to be in an 'administrative court/tribunal in the first place and that ronald, did rebut the 12 Presumptions of the administrative court/tribunal …with no counter rebuttal or otherwise …just silence, which equates to agreement. See; Affidavit of Default' filed in this matter as attached hereto.

Note; whereas, it is a fundamental principle of law including and limited to all law enforcement officers, liability extends to acts or omissions that arise within the scope of their employment regardless of engagement in investigative or law enforcement activity, or are executing a search, seizing evidence, or making an arrest.  See for reference; MILLBROOK v. UNITD STATES 477 Fed. Appx. 4., therein deputy Daniel O'Keefe, DANIEL O'KEEFE and/or the other deputy/law enforcement officer's assault and battery was intentional.

Note; ronald-kenneth:strasser, a sentient man, not a party to, this State /The State of Oregon, the Constitution, not named in State statutes, not a corporate officer, as agreed by Multnomah, Clackamas Counties and Yamhill County, by unrebutted affidavit/default agreement(s), and Order of Dismissal (Multnomah County), and ronald having PTSD, also physically crippled in both legs, having injured no man, nor damaged property …was in honor, under threat, duress and coercion, was without cause, intentionally assaulted and beaten in the court room on 6 July 2017, with witnesses, on camera, by principle director, the so-called, judge Jeffrey S. Jones, apparently the modus operandi of the named tort feasors.

Note; this notice of tort, claim is continuation of a notice of tort, claim, hand-written, dated 28 August 2017 as was noted, by ronald-kenneth while held in the Clackamas County Jail.

Notice; due to fraud by tort feasors of this claim matter, there is no statute of limitations.

Ronald-Kenneth:Strasser/ronald-kenneth:strasser reserves all rights at all times and waves no rights at any time and reserves his right to amend this notice of tort, add additional tort feasors,

add additional injuries under necessity and ronald-kenneth: has not surrendered any of his rights granted him by the Creator, or his unalienable rights, to any, Agency/Corporation of this state, the State of Oregon, including but not limited to Clackamas County and/or the administrative services of the so-called court.

The claim herein demand the sum certain of $750,000,000.00 (Seven Hundred and Fifty Million Dollars and no cents) (USD) or credit of account) for his damages, as set out herein, as a result of the injuries caused by the assault and battery, pain and suffering, humiliation, embaressment,libel and slander, emotional and physical distress, expenses, etc., and constitutional impermissible application of the statute(s) engaged by tort feasors named above being officers and officials of Clackamas County/State of Oregon.

The monetary damages are a sum certain $850,000,000.00 (Eight Hundred and Fifty Million Dollars and no cents) (USD) or credit of account.

[**Please note** that the monetary damages <u>alone</u> for 56 nite's of unlawful incarceration, pursuant to; TREZEVANT V. CITY OF TAMPA, 741 F.2nd 336 (1984) …ismore than $93,000,000.00 (Ninety Three Million Dollars) USD.] (and already settled Clackamas County and Oregon cases),and can be added if necessary upon agreement.

Lis pendens is in effect on all property of all officers/tort feasors per this matter, under necessity, in the interest of justice.

Sincerely,

And Continue to Reserve All My Rights Without Prejudice

*By: ronald-Kenneth: strasser  sui juris*

By: ronald-kenneth:strasser, sui juris
all rights reserved without prejudice

**Attachments:**  [ will be forth coming – to attached hereto!  ]

1) Notice of Injury – dated 10-08-2017 – one page.
2) Copy of Affidavit of Ronald Kenneth Strasser – July 2018 – 4 pages.
3) Notice & Deamand / Challenge to the Jurisdiction – 10 pages.
4) Administrative and Judicial Notice as ro Agreement by the State of Oregon of No Proof of Jurisdiction – Void case – Void Judgment – Request for Dismissal – 8 pages.
5) Affidavit of Default – 6 Pgs.
6) Notice of Waiver of Time – of Violation of Secured Rights, of Subjugation to Secret Foreign Jurusdiction, of Default Agreement, of Recusal, of Tort Claim – August 28, 2017 – 2 pages.
7) Letter Rogatory to Clerk of Court / Dishonored.
8) Notice of Abatement, Item # 01172017-1/NoteAbate/RKS.
9) Copy of 'Notice of Tort Claim' …dated 28 August 2017, from within Clackamas County Jail.
10) Copy of 'Abatement' – Dated 8-22-2017.
11) Claimant's copies of his 'REQUEST FOR PUBLIC DOCUMENT(S) (2).
12) Affidavit of ronald kenneth strasser – Item # 08152018-5/AFF/RKS – 9 Pgs
13) Authorized Representative in the Nature of POA – 2 pages.
14) Copy of Oregonian Article on Deputy beating of Claimant in court.



State of Oregon Risk Management – due-notice of tort claim    Item # 10192018-2/TC/RKS    Page 6

**Note 1;** all other signed and additional filings as exhibits in this matter can be found in the administrative court file(s) per the case number(s) above.

**Note 2;** EQUAL PROTECTION OF THE LAWS. The equal protection of the laws of a state is extended to persons within its jurisdiction, within the meaning of the constitutional requirement, when its courts are open to them on the same conditions as to others, with like rules of evidence

and modes of procedure, for the security of their persons and property, the prevention and redress of wrongs, and the enforcement of contracts; when they are subjected to no restrictions in the acquisition of property, <u>the - enjoyment of personal liberty, and the pursuit - of happiness,</u> <u>which do not generally affect others; when they are liable to no other or greater burdens and</u> <u>charges</u> than such as are laid upon others; and when no different or greater punishment is enforced against them for a violation of the laws. State v. Montgomery, 94 Me. 192, 47 A. 165. <u>"Equal protection of the law" means that equal protection and security shall be given to all under</u> <u>like circumstances in his life, his liberty, and his property, and in the pursuit of happiness, and in</u> <u>the exemption from any greater burdens and charges than are equally imposed upon all others</u> <u>under like circumstances.</u> Sovereign Camp, W. O. W. v. Casodos, D.C.N.M., 21 F. Supp. 989, 994.  Black's Law Dictionary – 4th Edition – page 631  (Emphasis added).

**Additional points applicable herein:**

1. Property;  46 USC 30908 … exempt from seizure and arrest.

2. Failure to perform 'principal agent' relation with principle/ adumbrate (meaning resemblance and/or to conceal) and see UCC 1-103.6

3. 15 USC 1; Every contract, combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several <u>States</u>, or with foreign nations, is declared to be illegal. Every <u>person</u> who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and, on conviction thereof, shall be punished by fine not exceeding $100,000,000 if a corporation, or, if any other <u>person</u>, $1,000,000, or by imprisonment not exceeding 10 years, or by both said punishments, in the discretion of the court.
(July 2, 1890, ch. 647, § 1, <u>26 Stat. 209</u>; Aug. 17, 1937, ch. 690, title VIII, <u>50 Stat. 693</u>; July 7, 1955, ch. 281, <u>69 Stat. 282</u>; <u>Pub. L. 93–528</u>, § 3, Dec. 21, 1974, <u>88 Stat. 1708</u>; <u>Pub. L. 94–145</u>, § 2, Dec. 12, 1975, <u>89 Stat. 801</u>; <u>Pub. L. 101–588</u>, § 4(a), Nov. 16, 1990, <u>104 Stat. 2880</u>; <u>Pub. L.</u> <u>108–237, title II</u>, § 215(a), June 22, 2004, <u>118 Stat. 668</u>.)

4. In violation of the Lieber Code 46, 134 vital statistics, 104 (*The convictions and religious practices of civilians and persons hors de combat must be respected*, 105 (respect for family life), 127 (*Family life must be respected as far as possible*), and otherwise where applicable.

5. Usufruct is (a) the condition on the land and easement; Usufructuary; a benefit on the usufruct and Trustee to the naked owner wo/man  state = NAME = state = Agency receiver of reversion/revenue state = usufructuary co/beneficiary = U.S.

6. People v. Dallas ; While not every broken bone necessarily constitutes great bodily injury ( People v. Nava (1989) 207 Cal.App.3d 1490, 1495-1497 ), the two skull fractures in this case cannot be said to be "insignificant" or "trivial."

7. US 12 stat 153 at large; only way to acquire status of a US citizen versus 'Free Inhabitant.'

8. The Taft - Hartley Act knowingly converting souls into wards of the court, legal fiction wards yet are without status, standing, capacity, authority or agency. DECEPTIVE trade with

fraudulent business practices. Title 32 CFR. See; Vicarious Liability at Title 18 – 1781 and FRCP Rule 17.

9. See; Title 15, USC - 1127 ...raises issue of statute of frauds & criminal neglect.

10. See; UCC 3-501, 3-502, 3-302, 3-305, 3-306 and 31 USC 3113, 2009 - American Reconstruction Act.

11. See; Bond v. United States, 529 US 334 2000, Bond v. US 131, S Ct., 2355, 2011.


12. See; 1951 Power of Appointment Act, and 12 USC 95 (a) (2).

13. 27 CFR 72.11 – All crimes are commercial crimes...

14. Fedederal Rules of Civil Proceedure – Rule 17 – Real party in interest.

15. Article 6 – U.S, Constitution; This Constitution, and the laws of The United States which shall be made in Pursuance thereof; ...and the Judges in every State shall be bound there by, any thing in the Constitution or laws of this State to the Contrary notwithstanding. ...and the members of the several xtate legislatures, and all executives and judicial officers, both of the United States and of the several States, shall be bound by oath or Affirmation, to support this Constitution..."

16. Pursuant to or in accordance with, 28 USC 1331 & 1343.

17. Pursuant to the foreign administration registration act of 1938 and filing fee with code OMB 1124-000 EXPIRES May 1 2020 required filing fee rule 5 (d)(1) 28 CFR SS 5.5 (d) (1).

18. Dead man statutes federal rules of evidence 1002 1001 1003.

19. UCC 3-104 d   1-103.6.

20. Trinsey v. Pagliario, also cites an impressonable case


Errors and omissions are consistent with intent. Right reserved to amend at any time.
This is a proceeding to collect a debt.  Any and all information obtained may be used for any purpose in all jurisdictions. Any mention or citation of a court case or otherwise is for reference only to/for Risk Management per said claim.

All Rights, Remedies and Recourses Reserved in all Directions.



Robert Kelly
Authorized Representative
For Ronald Kenneth Strasser
c/o PO Box 3096
Non-Domestic
Central Point, Oregon near [ 97502 ]

Certified Mail Number: 7018 0680 0000 5258 5645

# **Second Notice of Tort Claim**

Fiat Justitia, Ruat Coelum; "Let right be done, though the Heavens should fall."

Kim Ybarra
Clackamas County Counsel
Risk Management
2051 Kaen Road
Oregon City, Oregon 97045
kybarra@co.clackamas.or.us

May 23, 2019

**RE: First Notice** of Tort claim (Registered Mail Number; RB 182 990 925 US) against Clackamas County/CLACKAMAS COUNTY, an entity/agency of the STATE OF OREGON, parent corporation and Clackamas County Circuit Court/CLACKAMAS COUNTY CIRCUIT and certain of its officers and officials in their Public and Private capacity, as tort feasors, with said tort claim made by Claimant: ronald kenneth strasser, a private sentient man, IN RE; RONALD KENNETH STRASSER (Ens legis/TRUST-ESTATE) - CASE NUMBERS; 15AD01964, 17CR44609, 16CR51766, 16CR07655, and any other State of Oregon cases under necessity.

Notice to Principle is notice to agent and Notice to agent is notice to Principal
Equality in the law is Primary and mandatory by law.
Pursuant to 8 federal Register, pg. 12266 SS 404.104(g )C11.3

Dear Ms. Ybarra, et al:

This second notice of said Tort Claim as filed with your office via the registered mail number above, constituting 'First Notice' of said tort claim of RONALD KENNETH STRASSER – Trust/Estate - by the private sentient man/beneficiary; Ronald Kenneth Strasser (ronald kenneth strasser), real party in/of interest (injured party).

The Notice of Tort claim was received by your office via registered mail and was signed by J. Gibson on 3-16-19. Copy of PS Form 3811 'Green Card' enclosed.

It has been 67 days of no communication from you and/or your office in regards to said Claim.

We are granting you an additional ten days upon receipt of this Second Notice to respond with office to settle said claim, allowing 3 days for return mail.

Your response needs to be signed by you or an authorized designated employee or from your insurer for Clackamas County/CLACKAMAS COUNTY. Your 'insurer' may engage settlement options as your agent or otherwise per this matter, in a timely manner.

Should you fail or refuse to respond within the specified time period, your silence will be accepted as your agreement that the tort claim is valid, legal, lawful and that the claim of injuries incurred via the assault on Ronald Kenneth Strasser/ronald kenneth strasser being beaten in the Clackamas County/CLACKAMAS COUNTY Court room, on camera with witnesses for the asserted and claimed monetary damages of the sum certain amount of $850,000,000.00 (Eight Hundred and Fifty Million Dollars and no cents) (USD) is proper and valid and is accepted by your silent tacit agreement (failure too respond) and that your silence engages your administrative 'Nihil dicit' judgement of the same in favor of Ronald Kenneth Strasser/ronald kenneth strasser.

And you will have agreed that the said Tort Claim is true, correct and complete, in respect to:

"Claimant herein demands the monetary damages at the sum certain amount of $850,000,000.00 (Eight Hundred and Fifty Million Dollars and no cents) (USD) or money of account for his damages, as set out herein, as a result of the injuries caused by the assault and battery, pain and suffering, humiliation, embarrassment, emotional and physical distress, expenses, etc., and constitutional impermissible application of the (color of law) statute(s) engaged and inflicted by Tort Feasors named, being officers and officials of Clackamas County/State of Oregon in their public and individual/private capacities."

Therein, you agree and recognize that Ronald Kenneth Strasser/ronald kenneth strasser is the Tort Claimant and said monetary claim is right, just and accepted by you as against Clackamas County/CLACKAMAS COUNTY and the State of Oregon/STATE OF OREGON …and that you agree, as an employee, that you speak for Clackamas County/CLACKAMAS COUNTY and the Governor 'C.E.O.' Kate Brown of the State of Oregon/STATE OF OREGON as to the responsibility, culpability and liability to Ronald Kenneth Strasser/ronald kenneth strasser, and he may engage any means necessary to obtain 'Full Satisfaction and Accord' in the settlement of this matter/claim along with his right to bring lawsuit and/or file monetary lien(s) as necessary on whomever and/or whatever.

Lis pendens is in effect on all property of the State of Oregon/STATE OF OREGON, Clackamas County/CLACKAMAS COUNTY, and all officers/tort feasors per this matter, under necessity, in the interest of justice.

Sincerely,

_____
Robert Kelly, Authorized Representative, for ronald kenneth strasser, sui juris, sentient private man and claimant

CC:
Kate Brown - Governor
Office of the Governor
900 Court Street NE, Suite 254
Salem, OR 97301-4047
Cert. Mail # 7018 0680 0000 5258 5645

**Note:** EQUAL PROTECTION OF THE LAWS. The equal protection of the laws of a state is extended to persons within its jurisdiction, within the meaning of the constitutional requirement, when its courts are open to them on the same conditions as to others, with like rules of evidence and modes of procedure, for the security of their persons and property, the prevention and redress of wrongs, and the enforcement of contracts; when they are subjected to no restrictions in the acquisition of property, the - enjoyment of personal liberty, and the pursuit - of happiness, which do not generally affect others; when they are liable to no other or greater burdens and charges than such as are laid upon others; and when no different or greater punishment is enforced against them for a violation of the laws. State v. Montgomery, 94 Me. 192, 47 A. 165. "Equal protection of the law" means that equal protection and security shall be given to all under like circumstances in his life, his liberty, and his property, and in the pursuit of happiness, and in the exemption from any greater burdens and charges than are equally imposed upon all others under like circumstances. Sovereign Camp, W. O. W. v. Casodos, D.C.N.M., 21 F. Supp. 989, 994.   Black's Law Dictionary – 4th Edition – page 631  (Emphasis added).

Errors and omissions are consistent with intent. Right reserved to amend at any time.
This is a proceeding to collect a debt.  Any and all information obtained may be used for any purpose in all jurisdictions. Any mention or citation of a court case or otherwise is for reference only to/for Risk Management per said claim.

Errors and omissions are consistent with intent.

All Rights, Remedies and Recourses Reserved in all Directions.

Copy of Affidavit of Julian Tavera, Item # 08262018-1/AFF/JT/RKS
First, Notice of Tort Claim, Item # 10192018-2/TC/RKS to State of Oregon Risk Mgmt.
Second, Notice of Tort Claim, Item # 02262019/TC/RKS to Clackamas Cty Risk Mgmt.
Follow-up letter to State of Oregon Governor, certified mail # 7018 0680 0000 5258 5447.
Added Proof of Service & Certificate of Service

Without the United States, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 12/30/2019.

By:    *:/s/...V.C. Ronald-kenneth:Strasser, Sui Juris, A.R.R.W.P.*
       :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris, A.R.R.W.P.

**Certificate for Service**

May strasser certify that on or about the date written below strasser served a true copy for the foregoing **Draft Third Amended Complaint** on the following parties by fax, email, ECF and/or U.S. mail?

STATE OF OREGON by and through Governor Kate Brown
900 Court Street NE
Salem, OR 97301

Kate Brown in her individual capacity
900 Court Street NE
Salem, OR 97301

Shelley Hoffman (STATE RISK MANAGER)
Risk Management, Department of Administrative Services
POB 12009
Salem, OR 97309

Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER)
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Katy Coba, Department of Administrative Services
155 Cottage St. NE
Salem, OR 97301-3972

Debbie Spradley, TRIAL COURT ADMINISTRATOR

Draft Third Amended Complaint

807 Main Street
Oregon City, OR 97045

CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote
807 Main St
Oregon City, OR 97045

Assistant D.A. Christopher K. Haywood
807 Main St #7
Oregon City, OR 97045

County Administrator Donald Krupp
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Chief Executive Officer Deputy Laurel Butman
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Commissioner Ken Humberston
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CAPTAIN David O'Shaughnessy in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

SERGEANT Corey R. Smith in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon
807 Main St
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St Room 310
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter

807 Main St Room 310
Oregon City, OR 97045

Oregon State Sheriffs Association
c/o Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

DPI Security (formerly DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

Joel Manley
15861 SW Century Dr
Sherwood, OR, 97140-9443

Samantha Olson
22550 NW Sauvie Island Rd
Portland, OR, 97231-1300

Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Lieutenant Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Captain Shane Stranglfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Detective Dan Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

By:___:/s/...V.C. strasser, Sui Juris ARR WP___      16 June 2021
       :/s/...V.C. strasser, Sui Juris ARR WP