strasser, Sui Juris, Beneficiary, ARR WP            Not an Attorney
Non-Resident Alien                                   Not Pro Se
c/o 151 S Scott Street                               Not Representing Myself
non-domestic                                         Demand Fee Waiver
Carlton
Oregon Republic
Yamhill, County
Zip Exempt

# In the United States District Court
# for the District for Oregon

( 1000 SW 3rd Ave #740, Portland, OR 97204 )

| | |
|---|---|
| strasser,                                                       ) | Case No. 3:19-cv-01051-SI |
|       Claimant,                   ) | |
| v.                                                              ) | |
| CLACKAMAS COUNTY,                                               ) | |
| STATE OF OREGON by and through Governor Kate Brown; et al.,     ) | |
|       Defendants,                 ) | |
| STATE OF OREGON by and through Governor Kate Brown; et al.,     ) | |
| Joel Manley, et al.,                                            ) | |
|       Respondents.                ) | |

**Notice of Mail Location**

Will you kindly use the following mail location?

    strasser
    Non-Resident Alien
    c/o 151 S Scott Street
    non-domestic
    Carlton
    Oregon Republic
    Yamhill, County
    Zip Exempt

By: __:/s/...V.C. strasser, Sui Juris ARR WP__    13 July 2021
        :/s/...V.C. strasser, Sui Juris ARR WP