## Orders/Record of Orders on Motions

3:19-cv-01051-SI Strasser v. State of Oregon et al

IFP, LawClerk:Winters, PROSEPTY, REOPENED,

### U.S. District Court

### District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 7/20/2021 at 1:39 PM PDT and filed on 7/20/2021

**Case Name:** Strasser v. State of Oregon et al
**Case Number:** 3:19-cv-01051-SI
**Filer:**
**Document Number:** 49(No document attached)

**Docket Text:**
**ORDER** - Plaintiff moves for an extension of time (ECF [46]) so that his Fourth Amended Complaint (ECF [47]) will be considered timely filed. The Court GRANTS Plaintiff's motion and accepts the filing of Plaintiff's Fourth Amended Complaint as timely. Ordered by Judge Michael H. Simon. *(Deposited in outgoing mail to pro se party on 7/20/2021.)* (mja)


3:19-cv-01051-SI Notice has been electronically mailed to:

3:19-cv-01051-SI Notice will **not** be electronically mailed to:

Ronald Kenneth Strasser
151 S. Scott Street
Carlton, OR 97111

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

REC'D 27 JUL '21 10:29 USDC-ORP

Ronald Kenneth Strasser
151 S. Scott Street
Carlton, OR 97111

NIXIE         971   DE 1         0007/25/21
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 97204293099      *0129-06672-22-44