**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

PORTLAND OR 972
9 JUL 2021 PM 3 L

Ronald Kenneth Strasser
c/o 1435 Northeast 81 Avenue, Suite 100
Portland, OR 97213

NIXIE          971          FE 1          0005/28/21
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
    UNABLE TO FORWARD
BC: 97204293099                *1267-00802-09-39

**Scheduling Orders/Judgments/Other Orders**
3:19-cv-01051-SI Strasser v.
State of Oregon et al

IFP, LawClerk:Winters,
PROSEPTY, REOPENED,



# U.S. District Court

# District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 7/8/2021 at 11:09 AM PDT and filed on 7/8/2021
**Case Name:** Strasser v. State of Oregon et al
**Case Number:** 3:19-cv-01051-SI
**Filer:**
**Document Number:** 44(No document attached)

**Docket Text:**
ORDER - On May 19, 2021, the Court reminded Plaintiff of his obligation under Local Rule 83-10 to notify the Court every time Plaintiff's mailing address changes. ECF [38]. Plaintiff submitted a "Draft Third Amended Complaint" in the event the Court did not grant Plaintiff additional time to prepare his Third Amended Complaint, which did not contain any mailing address. In an Order dated June 17, 2021, the Court filed Plaintiff's Third Amended Complaint, but also granted Plaintiff's motion for an extension of time to draft another complaint, a Fourth Amended Complaint. ECF [42]. This Order, however, was returned as undeliverable. ECF [43]. Plaintiff failed to notify the Court of his change of mailing address, in violation of Local Rule 83-10 and the Court's Order dated May 19, 2021, in which the Court warned Plaintiff that the Court may dismiss this action if Plaintiff fails to follow the Local Rules and this Court's Orders. Additionally, under Local Rule 83-12, if mail remains undeliverable for 60 days, the Court may dismiss this action. Plaintiff must maintain a current mailing address with the Court in order to prosecute this action. The Clerk of the Court is directed to email a copy of this Order and the Court's Order dated June 17th to Plaintiff, in addition to mailing a copy of this Order. Ordered by Judge Michael H. Simon. *(Deposited in outgoing mail to pro se party on 7/8/2021.)* (mja)


**3:19-cv-01051-SI Notice has been electronically mailed to:**

**3:19-cv-01051-SI Notice will not be electronically mailed to:**

Ronald Kenneth Strasser
c/o 1435 Northeast 81 Avenue, Suite 100
Portland, OR Exempt

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Judge Michael H. Simon (michael_simon@ord.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7470923@ord.uscourts.gov>
Subject:Activity in Case 3:19-cv-01051-SI Strasser v. State of Oregon et al Scheduling
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 6/17/2021 at 3:18 PM PDT and filed on 6/17/2021

**Case Name:** Strasser v. State of Oregon et al
**Case Number:** 3:19-cv-01051-SI
**Filer:**
**Document Number:** 42(No document attached)

**Docket Text:**
ORDER - On June 16, 2021, Plaintiff submitted a "Draft Third Amended Complaint," which the Court filed as Plaintiff's "Third Amended Complaint" (ECF [41]). Plaintiff submitted this complaint in the event the Court did not allow Plaintiff additional time to file his Third Amended Complaint. On June 15, 2021, however, the Court granted Plaintiff's request for additional time (ECF [40]). Plaintiff may file an additional amended complaint, Plaintiff's Fourth Amended Complaint, by July 13, 2021, the deadline established in the Court's June 15th Order. If Plaintiff decides not to file a Fourth Amended Complaint, the Court will consider Plaintiff's Third Amended Complaint (ECF [41]) under the standards discussed in the Court's previous Orders. Ordered by Judge Michael H. Simon. *(Deposited in outgoing mail to pro se party on 6/17/2021.)* (mja)


**3:19-cv-01051-SI Notice has been electronically mailed to:**

**3:19-cv-01051-SI Notice will not be electronically mailed to:**

Ronald Kenneth Strasser
c/o 1435 Northeast 81 Avenue, Suite 100