UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE · PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS

Ronald Kenneth Strasser
c/o 1435 Northeast 81 Avenue, Suite 100
Portland, OR 97213

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Judge Michael H. Simon (michael_simon@ord.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7470923@ord.uscourts.gov>
Subject:Activity in Case 3:19-cv-01051-SI Strasser v. State of Oregon et al Scheduling
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 6/17/2021 at 3:18 PM PDT and filed on 6/17/2021

**Case Name:**       Strasser v. State of Oregon et al
**Case Number:**     3:19-cv-01051-SI
**Filer:**
**Document Number:** 42(No document attached)

**Docket Text:**
**ORDER - On June 16, 2021, Plaintiff submitted a "Draft Third Amended Complaint," which the Court filed as Plaintiff's "Third Amended Complaint" (ECF [41]). Plaintiff submitted this complaint in the event the Court did not allow Plaintiff additional time to file his Third Amended Complaint. On June 15, 2021, however, the Court granted Plaintiff's request for additional time (ECF [40]). Plaintiff may file an additional amended complaint, Plaintiff's Fourth Amended Complaint, by July 13, 2021, the deadline established in the Court's June 15th Order. If Plaintiff decides not to file a Fourth Amended Complaint, the Court will consider Plaintiff's Third Amended Complaint (ECF [41]) under the standards discussed in the Court's previous Orders. Ordered by Judge Michael H. Simon.** *(Deposited in outgoing mail to pro se party on 6/17/2021.)* **(mja)**

**3:19-cv-01051-SI Notice has been electronically mailed to:**

**3:19-cv-01051-SI Notice will _not_ be electronically mailed to:**

Ronald Kenneth Strasser