AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| strasser<br><br>*Plaintiff(s)*<br>v.<br>CLACKAMAS COUNTY; et al.,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:19-cv-01051-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLACKAMAS COUNTY
c/o Steven Madkour, County Counsel
2051 Kaen Road
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **12/06/2021**

**MARY L. MORAN, Clerk of Court**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shane Strangfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 8800 Southeast 80 Avenue; non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

MARY L. MORAN, **Clerk of Court**

Date: **12/06/2021**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris <br><br> *Plaintiff(s)* <br> v. <br> STATE OF OREGON by and through Governor Kate Brown, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-01051-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 8800 Southeast 80 Avenue; non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **12/06/2021**

**By: s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris<br><br>*Plaintiff(s)*<br>v.<br>STATE OF OREGON by and through Governor Kate Brown, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:19-cv-01051-SI<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 8800 Southeast 80 Avenue; non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **12/06/2021**                                    By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris <br><br> *Plaintiff(s)* <br> v. <br> STATE OF OREGON by and through Governor Kate Brown, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:19-cv-01051-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Samantha Olson
807 Main St
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 8800 Southeast 80 Avenue; non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **12/06/2021**       By: **S/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris<br><br>*Plaintiff(s)*<br>v.<br>STATE OF OREGON by and through Governor Kate Brown, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:19-cv-01051-SI<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 8800 Southeast 80 Avenue; non-domestic
Portland
Oregon Republic
Multnomah, County
Zip Exempt

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

**By: s/Elizabeth Potter, Deputy Clerk**

Date: **12/06/2021**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Eric Machado
2051 Kaen Road
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 S Scott Street, Apartment 2
Carlton
Oregon Republic
Yamhill, County
Zip Exempt

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**MARY L. MORAN, Clerk of Court**

Date: **12/06/2021**

By: **s/Elizabeth Potter, Deputy Clerk**