| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 20 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RONALD KENNETH STRASSER, Jr.,

    Plaintiff-Appellant,

v.

STATE OF OREGON, by and through Governor Kate Brown, in her individual capacity; et al.,

    Defendants-Appellees.

No. 21-36044

D.C. No. 3:19-cv-01051-SI
District of Oregon,
Portland

ORDER

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the district court's November 5, 2021 order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order disposing of fewer than all claims against all parties not immediately appealable unless district court directs entry of judgment pursuant to Fed. R. Civ. P. 54(b)).

**DISMISSED.**

AT/MOATT