strasser, Sui Juris, Beneficiary, ARR WP         Not an Attorney
Non-Resident Alien                                Not Pro Se
c/o 151 S Scott Street                            Not Representing Myself
Apartment 2                                       Demand Fee Waiver
non-domestic
Carlton
Oregon Republic
Yamhill, County
Zip Exempt

# In the United States District Court
# for the District for Oregon

( 1000 SW 3rd Ave #740, Portland, OR 97204 )

| | |
|---|---|
| strasser, | ) Case No. 3:19-cv-01051-SI |
| | ) |
| Claimant, | ) |
| v. | ) |
| | ) |
| CLACKAMAS COUNTY, | ) |
| STATE OF OREGON by and through Governor Kate Brown; | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**Amended Demand to Reconsider [84] Order (failing to Order Clerk to Locate and Forward Summonses) pursuant to Rule 59(e), or in the alternative Demand to Order Clerk to Locate and Forward Summonses)**

      This is an amended demand to reconsider the [84] Order on the [83] "Motion for Extension of Time", to NOT make this the final extension of time, because the [84] Order failed to order the Clerk to locate the Summonses and forward them to Claimant's mail location, does anyone disagree?

      In the alternative and without waiving the foregoing, this is a demand to disgorge the Summonses, or to order the Clerk to locate the Summonses, and forward them to Claimant's mail location, does anyone disagree?

Demand to Reconsider [84] Order

The list of [77] Electronically Issued Summonses only includes Ken Boell, Clackamas County, Clackamas County Sheriff's Office Professional Standard Unit, Eric Machado, Joel Manley, Samantha Olson, Dan Smith, does anyone disagree? And yet there are no "Summons Issued" entries for any other Summons, does anyone disagree?

In particular, the following Defendants are described as having "not yet appeared" in [68] OPINION AND ORDER (on [52] Motion to dismiss State Defendants), so therefore Summonses ought to be issued for all of them, and yet they are not included in the [77] Electronically Issued Summonses, correct?:

> Clackamas County Sheriffs Craig Roberts,
> Dave Ellington,
> Daniel Joseph O'Keefe,
> Greg Klepper,
> Morgan Guthner;
> Clackamas County Risk and Safety Manager Eric Machado;
> Captain David O'Shaughnessy;
> Sergeant Corey R. Smith;
> County Administrator Donald Krupp;
> Chief Executive Officer Deputy Laurel Butman;
> Commissioner Ken Humberston;
> the Oregon State Sheriff's Association;
> Washington County Sheriff Pat Garrett;
> DPI Security, correct?

May I quote from [83] "Motion for Extension of Time," in turn quoting from STATEMENT in response to [5] Clerk Order, filed 23 June 2020, in large print below?:

"However, I, Ronald's [24] *Notice and Demand to Reconsider Pursuant to F.R.C.P 59(e) and 60(b)* states the following **under penalty of perjury**, correct?:

> 4. The [4] ORDER states the following, does it not?:
> > Pursuant to the Court's Order dated August 30, 2019, and mailed to Plaintiff, Plaintiff had 30 days to prepare a summons, complete the U.S. Marshals Service Form for service of process, and submit those documents to the Clerk of the Court for issuance of the summons and service of process. ECF 4.

Demand to Reconsider [84] Order

> After Plaintiff failed to serve any Defendants, the Court ordered Plaintiff to comply with the August 30 order and explained that the case would be dismissed for lack of prosecution if Plaintiff failed to do so. ECF 11. Plaintiff has yet to comply with the Court's Order from August 30, 2019." does it not?

5. However, the [4] ORDER lacks a Certificate of Service, does it not?

6. The [5] Clerk's Notice of Mailing fails to state which address the [4] ORDER was mailed to, correct?

7. • Upon demand, I demand to declare that I never received the [4] ORDER in the mail, under penalty of perjury, v.1it.l1out the United States, pursuant to 28 U.S.C. 1746, • I does anyone disagree?

8. • However, on 9/30/2019, I filed a "Demand for More Time to Serve Summons", did I not?

9. • And on 1/6/20, Michael Simon ordered tqe following, did he not?:
> [11] "Accordingly, if Plaintiff wishes to pursue this action, on or before February 6, 2020 he must either comply with the Court's Order dated August 30, 2019 or serve Defendants without the aid of the U.S. Marshals Service. If, on or before February 6, 2020, Plaintiff does not submit the required documents to the Clerk of the Court or independently serve Defendants, this case shall be dismissed for lack of prosecution,". did he not?

10. • Therefore, my deadline for service was moved from August 30 2019 to February 6 2019, was it not?

11. • And on 1/22/20, Michael Simon ordered the following, did he not?:
> [17] "Plaintiff is directed to comply with the order dated January 6, 2010 detailing the process for effectuating service via the U.S. Marshals Service.", did he not?

12. Therefore, my deadline was reaffirmed as February 6 2019, was it not?

13. Upon demand, I demand to declare that within two weeks of the February 6 deadline, the clerk told me that the Summonses had arrived, and the clerk told me that it was odd that the Summonses did not appear on the ca&e register, and Eric Oss told me that the Summonses were sitting in Michael Simon's chamber, under penalty of perjury, without the United States, pursuant to 28 U.S.C. 1746, does anyone disagree?

14. To this day, the Summonses do not appear on the case register, correct?

15. • On 3/2/20 I filed a [19] "Renewed Demand for Service by Marshal pursuant to FRCP 4(c)(3). • My [19] "Renewed Demand for Service by Marshal pursuant to FRCP 4(c)(3)", was listed on the Case Register as a "Notice", was it not? And therefore, it looks like I never made a renewed demand for service by mars:qal, does it not?

17. • My [19] "Renewed Demand for Service by Marshal pursuant to FRCP 4( c )(3)" states the following, does it not:?

> "Is it not true that Summonses for each of the thirty-one Defendants have been issued by the Clerk? Is it not true that these thirty-one Summonses are now sitting in the chambers of administrators wearing black robes, titled Judges? Is it not true that the administrators wearing black robes, titled Judges, have a duty to give these thirty-one Summonses to the Federal Marshals to be served? Is it not true that the administrators wearing black robes, titled Judges, have not yet given these thirty-one Summonses to the Federal Marshals to be served? Where is the accountability for the administrators wearing black robes, titled Judges? May I once again demand that these thirty-one Summonses be given to the Federal Marshals to be served, or else to know the reasons why not, and to know what else I must do? In pursuance to 28 USC 1746, may I hereby declare under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 2 March, 20l0?", does it not?

18. • Thus on 3/2/20 I established the fact that my thirty-one Summonses were sitting in the chambers of Michael Simon, or of some other administrator wearing a black robe titled Judge, did I not?

**19. • How am I supposed to comply with the order to deliver the Summonses to the Marshals, when an administrator wearing a black robe, titled Judge, is keeping the Summonses in his chambers?**

**20. • How is it fair, and how is it due process, for Michael Simon to blame me for not giving my Summonses to the Marshals, when Michael Simon is keeping my Summonses in his chambers?**

**Rescinding and Revoking Any and All Power(s) for Attorney**

Demand to Reconsider [84] Order

May strasser give notice that strasser hereby rescinds and revokes any and all Power(s) for Attorney that strasser may have ever granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May strasser point out that strasser has never knowingly, willingly nor voluntarily granted any Power for Attorney to anyone in any court system?

Hereby, if you don't mind, strasser is disavowing and disaffirming, back to the date for infancy, does anyone disagree?

Does anybody object if strasser reserves the right to change or amend this document for errors and omissions consistent with intent? With all rights reserved without prejudice? And if strasser is misguided by conscience, then you will correct strasser, will you not?

In pursuance to 28 U.S.C. 1746, may strasser hereby declare, under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 27 August 2021, without THIS STATE, without THE STATE OF OREGON, without THE UNITED STATES ?

By:____:/s/...V.C. strasser, Sui Juris ARR WP__      16 February 2022
         :/s/...V.C. strasser, Sui Juris ARR WP

Demand to Reconsider [84] Order

## CERTIFICATE ABOUT SERVICE

May I certify that on the date written below I served a true copy for above on the following parties by ECF, fax, email and/or U.S. mail?

>STATE OF OREGON by and through Governor Kate Brown
>900 Court Street NE
>Salem, OR 97301
>
>Kate Brown in her individual capacity
>900 Court Street NE
>Salem, OR 97301
>
>Shelley Hoffman (STATE RISK MANAGER)
>Risk Management, Department of Administrative Services
>POB 12009
>Salem, OR 97309
>
>Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER)
>Clackamas County Risk Management
>2015 Kaen Road
>Oregon City, OR 97045
>
>CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity
>9101 SE Sunnybrook Blvd
>Clackamas, OR 97015

CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

>CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity
>9101 SE Sunnybrook Blvd
>Clackamas, OR 97015
>
>Katy Coba, Department of Administrative Services
>155 Cottage St. NE
>Salem, OR 97301-3972
>
>Debbie Spradley, TRIAL COURT ADMINISTRATOR
>807 Main Street

Demand to Reconsider [84] Order

Oregon City, OR 97045

CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote
807 Main St
Oregon City, OR 97045

Assistant D.A. Christopher K. Haywood
807 Main St #7
Oregon City, OR 97045

County Administrator Donald Krupp
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Chief Executive Officer Deputy Laurel Butman
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Commissioner Ken Humberston
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CAPTAIN David O'Shaughnessy in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

SERGEANT Corey R. Smith in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon
807 Main St
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St Room 310
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter
807 Main St Room 310

Demand to Reconsider [84] Order

Oregon City, OR 97045

Oregon State Sheriffs Association
c/o Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

DPI Security (formerly DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

Joel Manley
15861 SW Century Dr
Sherwood, OR, 97140-9443

Samantha Olson
22550 NW Sauvie Island Rd
Portland, OR, 97231-1300

Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Lieutenant Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Captain Shane Strangfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Detective Dan Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

By:____:/s/...V.C. *strasser*, *Sui Juris ARR WP*____    16 February 2022
    :/s/...V.C. strasser, Sui Juris ARR WP