AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

 *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Joel Manley [Respondent, not Defendant]
15861 Sw Century Drive
Sherwood, OR 97140


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

**By: /S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

  *SUBSTITUTE*  **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DPI Security (previously DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.   3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

 $SUBSTITUTE$    **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN**, Clerk of Court

Date: 03/04/2022

**By: S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

*SUBSTITUTE*    **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Pat Garrett
330 Hood St NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/04/2022 _____

By: S/E. Oss, Deputy Clerk _____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

(RKS)  *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Oregon Sheriffs Association
330 Hood St NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **J/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris<br><br>———————————————<br>*Plaintiff(s)*<br>v.<br>STATE OF OREGON by and through Governor Kate<br>Brown, et al.<br><br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:19-cv-01051-SI<br>)<br>)<br>)<br>)<br>) |

 *SUBSTITUTE*  **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ken Humberston
2051 Kaen Road
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **J.E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

 *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Chief Executive Officer Deputy Laurel Butman
2051 Kaen Road
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:19-cv-01051-SI |
| | ) | |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

SUBSTITUTE **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Donald Krupp
2051 Kaen Road
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/04/2022

By: J/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

(IKS) *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Christopher K. Haywood
807 Main St
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **J/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Ⓡ Ⓚ Ⓢ   *SUBSTITUTE*   **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    John S. Foote
807 Main St
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

**By: S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

 *SUBSTITUTE*     **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Debbie Spradley
807 Main St
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/04/2022          By: S/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

Ronald-Kenneth:Strasser, sui juris )
)
)
)
―――――――――――――――――― )
*Plaintiff(s)* )
v. ) Civil Action No. 3:19-cv-01051-SI
)
STATE OF OREGON by and through Governor Kate )
Brown, et al. )
)
―――――――――――――――――― )
*Defendant(s)* )

 $SUBSTITUTE$ **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Thomas J. Rastetter
807 Main St
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/04/2022           By: S/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

Ronald-Kenneth:Strasser, sui juris

)
)
)
)

_____
*Plaintiff(s)*

)
)
)

v.

)

Civil Action No.  3:19-cv-01051-SI

STATE OF OREGON by and through Governor Kate Brown, et al.

)
)
)

_____
*Defendant(s)*

)
)

 *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St
Oregon City, OR 97045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

By: **/E. Oss, Deputy Clerk**

Date: **03/04/2022**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate | ) |
| Brown, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

⊕   *SUBSTITUTE*   **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Robert D. Herndan
807 Main St
Oregon City, OR 97045


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/04/2022

By: S/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris <br><br><br> _____ <br> *Plaintiff(s)* <br> v. <br> STATE OF OREGON by and through Governor Kate Brown, et al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:19-cv-01051-SI |

(Ks)    *SUBSTITUTE*  **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Katy Coba
155 Cottage St. NE
Salem, OR 97301-3972

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/04/2022

By: S/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

Ronald-Kenneth:Strasser, sui juris

_Plaintiff(s)_

v.

STATE OF OREGON by and through Governor Kate Brown, et al.

_Defendant(s)_

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:19-cv-01051-SI

  $SUBSTITUTE$  **SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_   Corey R. Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **J/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:19-cv-01051-SI |
| | ) | |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

 *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* David O'Shaughnessy
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 03/04/2022

By: **S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

 *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner
a/k/a Morgan Guthner
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 l .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **03/04/2022**

By: **S/E. Oss, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) )<br>) )<br>) ) |
| _____ | ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| STATE OF OREGON by and through Governor Kate<br>Brown, et al. | ) ) ) ) ) |
| _____ | ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:19-cv-01051-SI

*SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CLACKAMAS COUNTY SHERIFF DEPUTY Greg Keppler
a/k/a Greg Keppler
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:     Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/04/2022

By: S/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

(RKS)   *SUBSTITUTE*   **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Daniel Joseph O'Keefe
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/04/2022

By: S E. Oss, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris<br><br>_____<br>*Plaintiff(s)*<br>v.<br>STATE OF OREGON by and through Governor Kate Brown, et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:19-cv-01051-SI

 *SUBSTITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
a/k/a Dave M. Ellington
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, **Clerk of Court**

Date: 03/04/2022

By: S/E. Oss, **Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate | ) | |
| Brown, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

 $SUBSTITUTE$ **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Craig Roberts
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 l .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 03/04/2022                                    By: S/E. Oss, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

*S U B S T I T U T E* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Shelley Hoffman
1225 Ferry Street SE
Salem, OR 97301-4287


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, **Clerk of Court**

Date: 03/04/2022

By: J/E. Oss, **Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

FILED 1 MAR '22 10:46 USDC-ORP

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| ———————————————————— | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| ———————————————————— | ) |
| *Defendant(s)* | ) |

(RKS)   *SUB STITUTE* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Kate Brown in her individual capacity
a/k/a Kate Brown
Somerville Building
775 Court St. NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, **Clerk of Court**

Date: 03/04/2022

By: S/E. Oss, **Deputy Clerk**

FILED 1 MAR '22 10:45USDC-ORP

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui juris | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:19-cv-01051-SI |
| STATE OF OREGON by and through Governor Kate Brown, et al. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

 $SUBSTITUTE$**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* STATE OF OREGON by and through Governor Kate Brown
Somerville Building
775 Court St. NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ronald-Kenneth: Strasser AR WP; Non-Resident Alien
c/o 151 South Scott Street; non-domestic
Carlton
Oregon Republic
Multnomah, County
Zip Exempt [pursuant to DMM 602 I .3e (2)]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, **Clerk of Court**

Date: **03/04/2022**

By: **s/E. Oss, Deputy Clerk**