IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **RONALD-KENNETH STRASSER**, | Case No. 3:19-cv-1051-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **STATE OF OREGON**, *et al.* | |
| Defendants. | |

Based on the Court's Opinion and Order dated November 5, 2021 (ECF 68) and the Court's Orders dated November 19, 2021 (ECF 72), January 18, 2022 (ECF 81), February 22, 2022 (ECF 91), and May 24, 2022 (ECF 103),

**IT IS ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** against Defendants State of Oregon; Governor Kate Brown; Clackamas County Circuit Court Judges Robert D. Herndon, Thomas J. Rastetter, and Jeffrey S. Jones; Clackamas County State Risk Manager Shelley Hoffman; Oregon Department of Administrative Services Director Katy Coba; Clackamas County Trial Court Administrator Debbie Spradley; Clackamas County District Attorney John S. Foote; Clackamas County Assistant District Attorney Christopher Heywood;

PAGE 1 – JUDGMENT

Samatha Olson, the Oregon Department of Public Safety Systems and Training; and all Clackamas County clerks and their associates.

**IT IS FURTHER ADJUDGED** this case is **DISMISSED WITHOUT PREJUDICE** against all other Defendants.

DATED this 24th day of May, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 2 – JUDGMENT