strasser ARR WP  
Non-Resident Alien  
c/o 151 S Scott Street, Apt 2  
non-domestic  
Carlton  
Oregon Republic  
Yamhill, County  
Zip Exempt  

Not an Attorney  
Not Pro Se  
Not Representing Myself  
Demand Fee Waiver  

# In the United States District Court
# for the District for Oregon

( 1000 SW 3rd Ave #740, Portland, OR 97204 )

| | |
|---|---|
| Ronald-Kenneth:Strasser, sui-juris, | ) Case No. 3:19-cv-01051-SI |
|  | ) |
| Claimant, | ) **SPECIAL NOTICE** |
|  | ) **FOR SPECIAL APPEAL** |
| v. | ) |
|  | ) |
| STATE OF OREGON by and through Governor Kate Brown; | ) |
| Kate Brown in her individual capacity; | ) |
| Shelley Hoffman (STATE RISK MANAGER); | ) |
| Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER); | ) |
| CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity; | ) |
| CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity; | ) |
| CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity; | ) |
| CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity; | ) |
| CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity; | ) |
| CAPTAIN David O'Shaughnessy in his private capacity; | ) |
| SERGEANT Corey R. Smith in his private capacity; | ) |
| Katy Coba, Department of Administrative Services ; | ) |
| CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon ; | ) |
| CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones ; | ) |
| CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter ; | ) |
| Debbie Spradley, TRIAL COURT ADMINISTRATOR ; | ) |
| CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote ; | ) |
| Assistant D.A. Christopher K. Haywood ; | ) |
| County Administrator Donald Krupp ; | ) |
| Chief Executive Officer Deputy Laurel Butman ; | ) |
| Commissioner Ken Humberston ; | ) |
| Oregon State Sheriffs Association ; | ) |
| Pat Garrett, 2017 OSSA President & Washington County Sheriff ; | ) |
| Department of Public Safety Systems and Training ; | ) |
| DPI Security (formerly DePaul Security Service) ; | ) |
| all Clerks of Clackamas County Court and their associates; | ) |
| all other deputy's, directly and indirectly involved; | ) |

Notice for Appeal

| | |
|---|---|
| and John and Jane Does 1 to 100, et al., | ) |
| in equal fault (Black's Law 5th, p. 711; | ) |
| also see 42 CJS "indemnity" subsection 27 | ) |
| | ) |
|       Defendants, | ) |
| | ) |
| Joel Manley ; | ) |
| Samantha Olson ; | ) |
| Clackamas County Sheriff's Office Professional Standard Unit ; | ) |
| Lieutenant Ken Boell ; | ) |
| Captain Shane Strangfield ; | ) |
| Detective Dan Smith ; | ) |
| | ) |
|       **Respondents.** | ) |

### SPECIAL NOTICE FOR SPECIAL APPEAL FOR [103], [104]

Notice is given for appeal to the Ninth Circuit Court for Appeals from the

[103] ORDER denying default, signed and entered 5/24/2022, and from the

[104] JUDGMENT, signed and entered 5/24/2022, does anyone disagree?

May it be pointed out that this notice is timely because it is filed within 30 days of the

5/24/2022 entry date of the [103] Order and [104] Judgment ?

May it be pointed out that "the parties to the appeal" are the following, though no

attorneys or defendants or respondents have appeared?:

    Ronald-Kenneth: Strasser (Claimant, Appellant)
    address:
    Ronald-Kenneth: Strasser ARR WP
    Non-Resident Alien
    c/o 151 S Scott Street, Apt 2
    non-domestic
    Portland
    Oregon Republic
    Yamhill, County
    Zip Exempt
    Phone: (503) 718-1858
    Email: ronaldkennethstrasser@mail.com

    STATE OF OREGON by and through Governor Kate Brown
    900 Court Street NE

Notice for Appeal

Salem, OR 97301

Kate Brown in her individual capacity
900 Court Street NE
Salem, OR 97301

Shelley Hoffman (STATE RISK MANAGER)
Risk Management
Department of Administrative Services
POB 12009
Salem, OR 97309

Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER)
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Katy Coba, Department of Administrative Services
155 Cottage St. NE
Salem, OR 97301-3972

Debbie Spradley, TRIAL COURT ADMINISTRATOR
807 Main Street
Oregon City, OR 97045

CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote
807 Main St
Oregon City, OR 97045

Assistant D.A. Christopher K. Haywood

Notice for Appeal

807 Main St #7
Oregon City, OR 97045

County Administrator Donald Krupp
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Chief Executive Officer Deputy Laurel Butman
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Commissioner Ken Humberston
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CAPTAIN David O'Shaughnessy in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

SERGEANT Corey R. Smith in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon
807 Main St
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St Room 310
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter
807 Main St Room 310
Oregon City, OR 97045

Oregon State Sheriffs Association
c/o Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Notice for Appeal

Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

DPI Security (formerly DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

all Clerks of Clackamas County Court and their associates;

all other deputy's, directly and indirectly involved;

and John and Jane Does 1 to 100, et al.

Joel Manley
15861 SW Century Dr
Sherwood, OR, 97140-9443

Samantha Olson
22550 NW Sauvie Island Rd
Portland, OR, 97231-1300

Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Lieutenant Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Captain Shane Strangfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Detective Dan Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

May it be pointed out that one expects a Fee Waiver because one is on SSI, crippled, disabled, Oregon Health Plan, below the poverty level, etc.? Do you not grant Fee Waivers based on SSI, crippled, disabled, Oregon Health Plan, below the poverty level, etc.?

May it be pointed out that MICHAEL H. SIMON failed and refused to answer my questions?

May it be pointed out that no reason was given for denial of the default, nor was any rational reason present?

May it be pointed out that no reason was given for dismissal of the case, nor was any rational reason present?

**Rescinding and Revoking Any and All Power(s) for Attorney**

May one give notice that one hereby rescinds and revokes any and all Power(s) for Attorney that may have ever been granted in the past to anyone, including any and all Power(s) for Attorney assumed, presumed, by anyone in any court panel?

May it be pointed out that one has never knowingly, willingly nor voluntarily granted any Power for Attorney to anyone in any court system?

Hereby, if you don't mind, one is disavowing and disaffirming, back to the date for infancy, does anyone disagree?

Notice for Appeal

Does anybody object if all rights are reserved to change or amend this document for errors and omissions consistent with intent? With all rights reserved without prejudice? And if misguided by conscience, then you will correct, will you not?

In pursuance to 28 U.S.C. 1746, may I hereby declare, under penalty for perjury under the laws for the United States that the foregoing is true and correct, and executed on 24 March 2022, without THIS STATE, without THE STATE OF OREGON, without THE UNITED STATES ?

By:     :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP        23 June 2022
            :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP

Notice for Appeal

## Certificate for Service

May I certify that on the date written below I served a true copy for the foregoing **NOTICE FOR APPEAL** on all of the following who are parties who have appeared, by fax, email, ECF and/or U.S. mail?

STATE OF OREGON by and through Governor Kate Brown
900 Court Street NE
Salem, OR 97301

Kate Brown in her individual capacity
900 Court Street NE
Salem, OR 97301

Shelley Hoffman (STATE RISK MANAGER)
Risk Management, Department of Administrative Services
POB 12009
Salem, OR 97309

Eric Machado (CLACKAMAS COUNTY RISK AND SAFETY MANAGER)
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF Craig Roberts in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY UNDER SHERIFF Dave M. Ellington in his individual capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Daniel Joseph O'Keefe in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY SHERIFF DEPUTY Greg Klepper in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Katy Coba, Department of Administrative Services
155 Cottage St. NE
Salem, OR 97301-3972

Debbie Spradley, TRIAL COURT ADMINISTRATOR
807 Main Street

Notice for Appeal

Oregon City, OR 97045

CLACKAMAS COUNTY DISTRICT ATTORNEY John S. Foote
807 Main St
Oregon City, OR 97045

Assistant D.A. Christopher K. Haywood
807 Main St #7
Oregon City, OR 97045

County Administrator Donald Krupp
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Chief Executive Officer Deputy Laurel Butman
Clackamas County Risk Management
2015 Kaen Road
Oregon City, OR 97045

Commissioner Ken Humberston
2015 Kaen Road
Oregon City, OR 97045

CLACKAMAS COUNTY SHERIFF DEPUTY Morgan Guthner in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CAPTAIN David O'Shaughnessy in his private capacity
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

SERGEANT Corey R. Smith in his private capacity;
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Robert D. Herndon
807 Main St
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Jeffery S Jones
807 Main St Room 310
Oregon City, OR 97045

CLACKAMAS COUNTY CIRCUIT COURT OFFICER, JUDGE Thomas J. Rastetter
807 Main St Room 310

Notice for Appeal

Oregon City, OR 97045

Oregon State Sheriffs Association
c/o Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Pat Garrett, 2017 OSSA President & Washington County Sheriff
215 SW ADAMS
Hillsboro, OR 97123

Department of Public Safety Systems and Training
4190 Aumsville Hwy SE
Salem, OR 97317

DPI Security (formerly DePaul Security Service)
4950 NE MLK Jr. Blvd
Portland, OR 97211

Joel Manley
15861 SW Century Dr
Sherwood, OR, 97140-9443

Samantha Olson
22550 NW Sauvie Island Rd
Portland, OR, 97231-1300

Clackamas County Sheriff's Office Professional Standard Unit
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Lieutenant Ken Boell
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Captain Shane Strangfield
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

Detective Dan Smith
9101 SE Sunnybrook Blvd
Clackamas, OR 97015

By:      :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP      23 June 2022
         :/s/...V.C. Ronald-kenneth:Strasser, Sui Juris ARR WP

Notice for Appeal